# Exhibit 1

IN THE MARYLAND CIRCUIT COURT
FOR MONTGOMERY COUNTY

| | |
|---|---|
| K.R. LACEY, individually and on behalf of all others similarly situated, 5257 Buckeystown Pike Frederick, Maryland 21704<br><br>        Plaintiff,<br><br>    v.<br><br>MERCEDES-BENZ USA, LLC 1209 Orange Street Wilmington, Delaware 19801<br>    Serve On:<br>    Resident Agent<br>    The Corporation Trust, Incorporated<br>    2405 York Road, Suite 201<br>    Lutherville, Maryland 21093<br><br>DIMITRIS PSILLAKIS 1209 Orange Street Wilmington, Delaware 19801<br><br>SCOTT WEBER 19750 Germantown Road Germantown, Maryland 20874<br><br>EURO MOTORCARS GERMANTOWN, LLC 19750 Germantown Road Germantown, Maryland 20878<br>    Serve On:<br>    Resident Agent<br>    HSC Agent Services Inc.<br>    245 West Chase Street<br>    Baltimore, Maryland 21202<br><br>        Defendants. | Civil No. C-15-CV-24-003836<br><br><br>**FILED**<br><br>JUL 22 2024<br><br>Clerk of the Circuit Court<br>Montgomery County, Md. |

## CLASS ACTION COMPLAINT

Plaintiff K.R. Lacey ("Ms. Lacey"), individually and on behalf of all others similarly situated, files this Class Action Complaint against Defendants Mercedes-Benz USA, LLC ("Mercedes-Benz"), Dimitris Psillakis ("Mr. Psillakis"), Scott Weber ("Mr. Weber"), and Euro Motorcars Germantown, LLC ("EMG") (collectively "Defendants"), and in support thereof states as follows:

## INTRODUCTION

1. Plaintiff K.R. Lacey brings this class action complaint against Defendants, on behalf of herself and all others similarly situated, to seek justice for a product defect that Defendants fraudulently concealed from the public. Plaintiff alleges that Mercedes-Benz vehicles equipped with the M278 engine suffer from a manufacturing defect that causes premature engine failure, necessitating costly engine replacements.

## PARTIES

2. Plaintiff K.R. Lacey is a resident of Maryland and the owner of a 2015 Mercedes-Benz GL550, purchased as a Certified Pre-Owned vehicle from EMG.

3. Defendant Mercedes-Benz is a limited liability company organized under the laws of Delaware, with its principal place of business in Delaware. Mercedes-Benz is responsible for the distribution and marketing of Mercedes-Benz vehicles in the United States.

4. Defendant Dimitris Psillakis is a resident of Delaware and the CEO of Mercedes-Benz.

5. Defendant Scott Weber is a resident of or carries on a business in Montgomery County, Maryland, and is the General Manager at EMG.

6. Defendant EMG is a limited liability company organized under the laws of Delaware, with its principal place of business in Montgomery County, Maryland.

## CLASS ALLEGATIONS

7.    Ms. Lacey brings this action as a class action pursuant to Maryland Rule 2-231 on behalf of herself and all others similarly situated who purchased or leased Mercedes-Benz vehicles equipped with the M278 engine in Maryland within the past ten years, but who have not yet discovered the defects pertaining to the engine, or who only discovered the defects within the past three years.

8.    The proposed class is so numerous that joinder of all members is impracticable. The exact number of class members is unknown to Ms. Lacey at this time and can only be ascertained through appropriate discovery. Upon information and belief, based on an average estimate of 50 sales per month, the total number of class members likely is in the hundreds.

9.    There are questions of law and fact common to the class, including whether the M278 engine is defective and whether Defendants knew or should have known of the defect.

10.    Ms. Lacey's claims are typical of the claims of the class, as all members have been similarly affected by Defendants' wrongful conduct, and it is unlikely that any of the class members have discovered the defect sooner than three years ago.

11.    Ms. Lacey will fairly and adequately protect the interests of the class and will consult with counsel competent and experienced in class action litigation at each stage of this litigation.

## JURISDICTION AND VENUE

12.    The relief claimed in this action includes damages in excess of $30,000.00, exclusive of prejudgment or postjudgment interest, costs and counsel fees. This Court, therefore, has original jurisdiction over this matter pursuant to MD. CODE, CTS. & JUD. PROC. § 1-501.

13.    This Court has personal jurisdiction over Defendants because they each take part in the regular marketing and distribution of Mercedes automobiles, including the vehicle subject of this case, in Maryland.

14.    Venue is proper in this Court, pursuant to MD. CODE, CTS. & JUD. PROC. § 6-201(b), in that there is more than one defendant and there is no single venue applicable to all defendants, but the cause of action arose at EMG in Montgomery County, Maryland.

<u>GENERAL ALLEGATIONS</u>

15.    Ms. Lacey purchased a Certified Pre-Owned 2015 Mercedes-Benz GL550 from EMG in June 2019.

16.    In October 2022, when Ms. Lacey's car had logged only 35,000 miles, she encountered the car's engine shuddering and its unexpected loss of power on the freeway.

17.    The car was taken to Mercedes-Benz of Hagerstown on three occasions for evaluation. In July 2023, Ms. Lacey was informed that the engine cylinders were scored, leading to a misfire in Cylinder No. 5, and that the engine needed to be replaced.

18.    It was reasonable for Ms. Lacey to have not discovered the defect prior to that date.

19.    Ms. Lacey had the car towed to a second Mercedes-Benz factory-authorized dealership, where a borescope evaluation confirmed complete engine failure.

20.    Despite repeated requests, neither Mercedes-Benz nor EMG assumed sole responsibility or provide explanation for repair costs, which amounted to nearly $40,000.

21.    Ms. Lacey wrote numerous letters to Mercedes-Benz and EMG and also sought the assistance of the Maryland Attorney General's Office to mediate a settlement but received no satisfactory response.

22.     Ms. Lacey's vehicle experienced premature engine failure due to a defect in the M278 engine, specifically involving the use of aluminum-silicon cylinder coating, which all Defendants were aware of but did not disclose to consumers.

23.     The defect has been discussed in numerous online videos, blogs, internal corporate Mercedes-Benz memoranda, and technical journals, and is well known to Mercedes-Benz technicians and dealers. Upon information and belief, all Defendants were well-aware of the defect prior to Ms. Lacey's purchase.

24.     Ms. Lacey brings this action to seek redress for herself and similarly situated Maryland owners and lessees of Mercedes vehicles equipped with the M278 engine, for violations of the Maryland Consumer Protection Act, Maryland Consumer Warranty Act, and other applicable laws.

25.     Ms. Lacey incurred significant expenses including diagnostic tests, travel, postage, and interest on loans while attempting to repair the vehicle.

26.     Ms. Lacey's attempts to resolve the issue through the Maryland Attorney General's Office were unsuccessful due to Defendants' lack of response.

27.     Ms. Lacey alleges that all Defendants engaged in fraudulent concealment of the engine defect, resulting in financial harm and diminished value of the vehicle.

28.     Ms. Lacey seeks to bring this action as a class action on behalf of all Maryland owners and lessees of Mercedes vehicles equipped with the M278 engine, who purchased or leased the vehicles within the past ten years, and who have not yet discovered the defect pertaining to the engine or who only discovered the defect within the past three years.

COUNT I
VIOLATION OF THE MARYLAND CONSUMER PROTECTION ACT

29.    Ms. Lacey incorporates by reference each of the preceding allegations as though fully set forth herein.

30.    Defendants, by virtue of fraudulently concealing the known defect, have each violated the Maryland Consumer Protection Act by representing that their goods or services have characteristics, ingredients, uses, benefits, or quantities which they do not have; by representing that their goods or services are of a particular standard, quality, or grade, if they are of another; by advertising goods and services with the intent not to sell them as advertised; and by representing that their subscription service confers or involves rights, remedies, or obligations which it does not have or involve.

31.    As a direct and proximate result of Defendants' actions, Ms. Lacey and the class have suffered damages, including diminution in value of their vehicles, out-of-pocket repair costs, and other incidental expenses.

COUNT II
BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

32.    Ms. Lacey incorporates by reference each of the preceding allegations as though fully set forth herein.

33.    By operation of the Maryland Commercial Code, the sale and lease of each of the GL550 Class vehicles carries with it an implied warranty of merchantability for the Class vehicles under which the vehicles were to be of merchantable quality.

34.    Defendants each breached the implied warranty of merchantability by manufacturing and selling vehicles with defective pistons and cylinder technology, a critical component of the engine.

35.     As a direct and proximate result of Defendants' breach, Ms. Lacey and the class have suffered damages, including diminution in value of their vehicles, out-of-pocket repair costs, and other incidental expenses.

## COUNT III
## FRAUDULENT CONCEALMENT

36.     Ms. Lacey incorporates by reference each of the preceding allegations as though fully set forth herein.

37.     Defendants each fraudulently concealed the presence of the defect in the M278 engine from Ms. Lacey and the class. Defendants acted with actual malice insofar as their pursuit of profits over the safety of their customers constitutes ill will and a blatant disregard for foreseeable damages.

38.     As a direct and proximate result of Defendants' fraudulent concealment, Ms. Lacey and the class have suffered damages, including diminution in value of their vehicles, out-of-pocket repair costs, and other incidental expenses. Compensatory and punitive damages are warranted.

WHEREFORE, Plaintiff K.R. Lacey, individually and on behalf of all others similarly situated, prays for relief as follows:

A.    Certification of the class pursuant to Maryland Rule 2-231;

B.    Declaratory and injunctive relief;

C.    Compensatory and punitive damages;

D.    Restitution and disgorgement of ill-gotten gains;

E.    Attorneys' fees and costs;

F.    Pre- and post-judgment interest;

G.    Such other and further relief as the Court may deem just and proper.


Respectfully submitted,

K.R. Lacey
5257 Buckeystown Pike
Frederick, Maryland 21704
Telephone: 301.788.0010
Deltatg1@mail.com

Dated:    July 13, 2024                    *Plaintiff (Pro Se)*

## DEMAND FOR JURY TRIAL

Plaintiff K.R. Lacey demands a jury trial as to all issues in this matter.

Respectfully submitted,

K.R. Lacey
5257 Buckeystown Pike
Frederick, Maryland 21704
Telephone: 301.788.0010
Deltatg1@mail.com

Dated:    July 13, 2024                    *Plaintiff (Pro Se)*

## CERTIFICATE REGARDING RESTRICTED INFORMATION

I hereby certify that this submission does not contain any restricted information.

K.R. Lacey



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland  20850

Main: 240-777-9400



**To:**  EURO MOTORCARS GERMANTOWN LLC
19750 GERMANTOWN ROAD
GERMANTOWN MD  20878
SERVE: HSC AGENT SERVICES INC
245 WEST CHASE STREET
BALTIMORE MARYLAND 21202

2024 AUG 21  P 9: 44

*8* ✓

**Case Number:**                              **C-15-CV-24-003836**
**Other Reference Number(s):**

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Issue Date: 7/23/2024

## WRIT OF SUMMONS (NEW CASE)

You are hereby summoned to file a <u>written</u> response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

Lacey, K.R.; LACEY, K.R.
5257 Buckeystown Pike
FREDERICK, MD  21704

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1.  Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
2.  If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3.  If you have questions, you should see an attorney immediately. If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at www.barmont.org or by calling (301) 279-9100.

*Karen A. Bushell*
Karen A. Bushell
Clerk of the Circuit Court

NOTE:

1.  This summons is effective only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2.  This summons is effective for service only if served within 60 days after the date it is issued.
3.  Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reason(s).
4.  Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
5.  If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

**MOCC-FPV-001 (Rev. 05/2024)**              **Page 1 of 3**              07/23/2024 3:24 PM

K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.                    Case Number: C-15-CV-24-003836

K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.                    Case Number: C-15-CV-24-003836

D.O.B 8/26/1978

**RETURN**

☑ Served X _Tim P. Walker_ on _8/27/24_ at _111 N Calvert St (DV)_
_____     _____     _____
      Whom                     Date        City/State/Country
                                            Hand to Hand

☑ Summons and   ☐ Show Cause Order and   ☑ Complaint/Petition/Motion Served

☐ Unserved _____    _____
              Date                          Reason


_Peggy Orr_ #0437   ☐ Sheriff
_____
Signature


**FILED**

SEP - 3 2024

Clerk of the Circuit Court
Montgomery County, Md



# CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

Main: 240-777-9400

50 Maryland Avenue
Rockville, Maryland 20850

**To:** MERCEDES-BENZ USA LLC
1209 ORANGE STREET
WILMINGTON DE 19801
SERVE: THE CORPORATION TRUST, INCORPORATED
2405 YORK ROAD SUITE 201
LUTHERVILLE, MARYLAND 21093

**NOTICE:**
PLEASE ATTACH A COPY OF
THE COMPLAINT TO THE
SUMMONS BEFORE SERVICE

5B
SRU
ASAP

| | |
|---|---|
| **Case Number:** | **C-15-CV-24-003836** |
| **Other Reference Number(s):** | |

## K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.

Issue Date: 7/23/2024

## WRIT OF SUMMONS (NEW CASE)

You are hereby summoned to file a <u>written</u> response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

Lacey, K.R.; LACEY, K.R.
5257 Buckeystown Pike
FREDERICK, MD 21704

Witness, the Honorable Chief Judge of the Sixth Judic'

1847180

TO THE PERSON SUMMONED:

1.  Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
2.  If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3.  If you have questions, you should see an attorney immediately. If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at www.barmont.org or by calling (301) 279-9100.

*Karen A. Bushell*
Karen A. Bushell
Clerk of the Circuit Court

RECEIVED
2024 AUG 19 P 1:
SHERIFF'S OFFICE
BALTO. CO.

NOTE:

1.  This summons is effective only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2.  This summons is effective for service only if served within 60 days after the date it is issued.
3.  Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reason(s).
4.  Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
5.  If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.                    Case Number: C-15-CV-24-003836

K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.                    Case Number: C-15-CV-24-003836

## RETURN

☑ Served _Rebecca Gott_ on _8/29/24_ at _2405 York Rd Towson md USA_
          Whom                    Date          City/State/Country

☐ Summons and   ☐ Show Cause Order and   ☐ Complaint/Petition/Motion Served

☐ Unserved _____

           Date                                 Reason

_A. Ferguson_
_as 1249_   ☑ Sheriff
Signature

**FILED**

SEP - 6 2024

Clerk of the Circuit Court
Montgomery County, Md.

R. Jay Fisher
Sheriff

## MONTGOMERY COUNTY SHERIFF'S OFFICE
## RECORD OF SERVICE

**To Be Served: WEBER, SCOTT**

**Case Number:** C15CV24003836 Jrd:0001
**CP ID:** 3205431

**Address ID:** 1452471  **Address Type:** Residence

**PRA:** 702
**Bailiwick:** 3 - 03 Civil Section
**Deputy:** An Active Officer is not assigned.

**Address:** 19750 GERMANTOWN RD
GERMANTOWN, MD   20874

**Plaintiff:** K.R. LACEY, ET AL

**CaseType:** CIVIL

**Court Type:** CIRCUIT

**County/State:** Montgomery County, MD

**Received Date:** 08/22/2024

**Expiration Date:** 09/21/2024

**Paper Type:** SUMMONS (FEE)
SUMMONS, NOTICE OF NEW CASE #, SCHEDULING ORD-TRK 3, ORD FOR MANDATORY PRETRIAL
HEARING-CVL TRK 3, SCHEDULING NOTICE & ORD OF CT-CVL TRK 3, BLANK CIVIL-NON-DOMESTIC CASE
INFO SHEET, CLASS ACTION COMPLAINT & CIVIL-NON-DOMESTIC CASE INFO SHEET

### SERVICE ATTEMPTS

| Addr ID | # | Date/Time | Attempt By | Reason | Reason Description |
|---|---|---|---|---|---|
| 1452471 | 1 | 09/03/2024 1315 | 6238 | S | |

**Deputy ID/Name:** 6238      WHORRAL, GEORGE W - MCSO

**Disposition:** SERVED

**Served To Name:** WEBER, SCOTT

**True Test Copy:** _____

**EJS Entry Date:** 09/06/2024

**EJS Entry By:** ARIAS, VICTOR

# FILED

SEP 10 2024

Clerk of the Circuit Court
Montgomery County, Md.

**Case Number:** C15CV24003836 Jrd:0001      **CP ID:** 3205431



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

Main: 240-777-9400

To: SCOTT WEBER
19750 GERMANTOWN RD
GERMANTOWN MD 20874

|  |  |
|---|---|
| Case Number: | C-15-CV-24-003836 |
| Other Reference Number(s): |  |

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Issue Date: 7/23/2024

## WRIT OF SUMMONS (NEW CASE)

You are hereby summoned to file a <u>written</u> response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

Lacey, K.R.; LACEY, K.R.
5257 Buckeystown Pike
FREDERICK, MD 21704

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3. If you have questions, you should see an attorney immediately. If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at www.barmont.org or by calling (301) 279-9100.

*Karen A. Bushell*

Karen A. Bushell
Clerk of the Circuit Court

NOTE:

1. This summons is effective only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. This summons is effective for service only if served within 60 days after the date it is issued.
3. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reason(s).
4. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
5. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

K.R. Lacey, et al. vs. Mercedes-Benz USA LLC,         Case Number: C-15-CV-24-003836

## RETURN

☐ Served _____ on _____ at _____
               Whom                          Date                     City/State/Country

☐ Summons and ☐ Show Cause Order and ☐ Complaint/Petition/Motion Served

☐ Unserved _____    _____
              Date                                     Reason

_____ . ☐ Sheriff
Signature

IN THE CIRCUIT COURT FOR Montgomery County

(City/County)

## CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a).
   *Defendant:* You must file an Information Report as required by Rule 2-323(h).
### THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT      CASE NUMBER _____
(Clerk to insert)

**CASE NAME:** K.R. LACEY, on behalf of herself and others   vs.   MERCEDES-BENZ USA, LLC, et al.
   Plaintiff      Defendant

**PARTY'S NAME:** K.R. Lacey                PHONE: 301.788.0010

**PARTY'S ADDRESS:** 5257 Buckeystown Pike, Frederick, MD 21704

**PARTY'S E-MAIL:** Deltatg1@mail.com

**If represented by an attorney:**

**PARTY'S ATTORNEY'S NAME:** _____   PHONE: **FILED**

**PARTY'S ATTORNEY'S ADDRESS:** _____

**PARTY'S ATTORNEY'S E-MAIL:** _____   JUL 22 2024

**JURY DEMAND?** ☒ Yes ☐ No

**RELATED CASE PENDING?** ☐ Yes ☒ No  If yes, Case #(s), if known: _____   Clerk of the Circuit Court
Montgomery County, Md.

**ANTICIPATED LENGTH OF TRIAL?:** _____ hours 5 _____ days

### PLEADING TYPE

**New Case:**   ☒ Original      ☐ Administrative Appeal   ☐ Appeal
**Existing Case:** ☐ Post-Judgment   ☐ Amendment
*If filing in an existing case,* skip Case Category/ Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☒ Fraud
☐ Lead Paint – DOB of Youngest Plt:____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
   ☐ Commercial
   ☐ Residential
   ☐ Currency or Vehicle
   ☐ Deed of Trust
   ☐ Land Installments
   ☐ Lien
   ☐ Mortgage
   ☐ Right of Redemption
   ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. – Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 12/2022)            Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Arbitration | ☐ Financial Exploitation | ☒ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☒ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☒ Damages-Compensatory | ☐ Judgment-Consent | ☒ Production of Records | ☐ Writ-Possession |
| ☒ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated **Liability** above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.      ☐ Liability is not conceded, but is not seriously in dispute.      ☒ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000      ☐ $10,000 - $30,000      ☐ $30,000 - $100,000      ☒ Over $100,000

☐ Medical Bills $ _____      ☐ Wage Loss $ _____      ☐ Property Damages $ _____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation      ☒ Yes ☐ No                    C. Settlement Conference      ☒ Yes ☐ No
B. Arbitration      ☐ Yes ☒ No                    D. Neutral Evaluation      ☐ Yes ☒ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL.***

**(Case will be tracked accordingly)**

☐ 1/2 day of trial or less                    ☐ 3 days of trial time
☐ 1 day of trial time                          ☒ More than 3 days of trial time
☐ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited** - Trial within 7 months of                    ☐ **Standard** - Trial within 18 months of
Defendant's response                                           Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff_____ |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

07/12/2024
_____
Date

5257 Buckeystown Pike
_____
Address

Frederick          MD          21704
_____
City          State          Zip Code

_____
Signature of Attorney/ Party          Attorney Number

K.R. Lacey
_____
Printed Name

CC-DCM-002 (Rev. 12/2022)                    Page 3 of 3



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** K.R. LACEY
5257 BUCKETSTOWN PIKE
FREDERICK MD 21704

|  |  |
|---|---|
| **Case Number:** | **C-15-CV-24-003836** |
| **Other Reference Number(s):** | |

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Date: 7/23/2024

## NOTICE OF NEW CASE NUMBER

Please be advised that the above referenced case was received on July 22, 2024, in the office of the Clerk for Montgomery County.

This matter has been assigned the above referenced case number. Please include this case number on all future papers to be filed in this case.

*Karen A. Bushell*
Karen A. Bushell
Clerk of the Circuit Court



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

To: K.R. LACEY
5257 BUCKEYSTOWN PIKE
FREDERICK MD 21704

|  |  |
|---|---|
| **Case Number:** | **C-15-CV-24-003836** |
| **Other Reference Number(s):** | |

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Date: 7/23/2024

## NOTICE OF NEW CASE NUMBER

Please be advised that the above referenced case was received on July 22, 2024, in the office of the Clerk for Montgomery County.

This matter has been assigned the above referenced case number. Please include this case number on all future papers to be filed in this case.

Karen A. Bushell
Clerk of the Circuit Court



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** EURO MOTORCARS GERMANTOWN LLC
19750 GERMANTOWN ROAD
GERMANTOWN MD 20878

|  |  |
|---|---|
| **Case Number:** | **C-15-CV-24-003836** |
| **Other Reference Number(s):** | |

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Date: 7/23/2024

## NOTICE OF NEW CASE NUMBER

Please be advised that the above referenced case was received on July 22, 2024, in the office of the Clerk for Montgomery County.

This matter has been assigned the above referenced case number. Please include this case number on all future papers to be filed in this case.

*Karen A. Bushell*

Karen A. Bushell
Clerk of the Circuit Court



# CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND
50 Maryland Avenue
Rockville, Maryland 20850

**To:** SCOTT WEBER
19750 GERMANTOWN RD
GERMANTOWN MD 20874

|  |  |
|---|---|
| **Case Number:** | **C-15-CV-24-003836** |
| **Other Reference Number(s):** | |

## K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.

Date: 7/23/2024

## NOTICE OF NEW CASE NUMBER

Please be advised that the above referenced case was received on July 22, 2024, in the office of the Clerk for Montgomery County.

This matter has been assigned the above referenced case number. Please include this case number on all future papers to be filed in this case.

*Karen A. Bushell*

Karen A. Bushell
Clerk of the Circuit Court



# CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

50 Maryland Avenue
Rockville, Maryland 20850

**To:** DIMITRIS PSILLAKIS
1209 ORANGE STREET
WILMINGTON DE 19801

| | |
|---|---|
| **Case Number:** | C-15-CV-24-003836 |
| **Other Reference Number(s):** | |

## K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.

Date: 7/23/2024

## NOTICE OF NEW CASE NUMBER

Please be advised that the above referenced case was received on July 22, 2024, in the office of the Clerk for Montgomery County.

This matter has been assigned the above referenced case number. Please include this case number on all future papers to be filed in this case.

*Karen A. Bushell*

Karen A. Bushell
Clerk of the Circuit Court

---



**CIRCUIT COURT FOR MONTGOMERY COUNTY,**
**MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** MERCEDES-BENZ USA LLC
1209 ORANGE STREET
WILMINGTON DE 19801

|  |  |
|---|---|
| **Case Number:** | **C-15-CV-24-003836** |
| **Other Reference Number(s):** |  |

## K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.

Date: 7/23/2024

## NOTICE OF NEW CASE NUMBER

Please be advised that the above referenced case was received on July 22, 2024, in the office of the Clerk for Montgomery County.

This matter has been assigned the above referenced case number. Please include this case number on all future papers to be filed in this case.

*Karen A. Bushell*
Karen A. Bushell
Clerk of the Circuit Court

---



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** DIMITRIS PSILLAKIS
1209 ORANGE STREET
WILMINGTON DE 19801

|  |  |
|---|---|
| **Case Number:** | **C-15-CV-24-003836** |
| **Other Reference Number(s):** | |

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Issue Date: 7/23/2024

## WRIT OF SUMMONS (NEW CASE)

You are hereby summoned to file a <u>written</u> response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by:

Lacey, K.R.; LACEY, K.R.
5257 Buckeystown Pike
FREDERICK, MD 21704

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3. If you have questions, you should see an attorney immediately. If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at <u>www.barmont.org</u> or by calling (301) 279-9100.

*Karen A. Bushell*
Karen A. Bushell
Clerk of the Circuit Court

NOTE:

1. This summons is effective only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. This summons is effective for service only if served within 60 days after the date it is issued.
3. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reason(s).
4. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
5. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

## RETURN

☐ Served _____ on _____ at _____
                    Whom                              Date                    City/State/Country

☐ Summons and   ☐ Show Cause Order and   ☐ Complaint/Petition/Motion Served

☐ Unserved _____   _____
                    Date                                        Reason

_____   ☐ Sheriff
Signature



**CIRCUIT COURT FOR MONTGOMERY COUNTY,
MARYLAND**
50 Maryland Avenue
Rockville, Maryland  20850

**To:** MERCEDES-BENZ USA LLC
1209 ORANGE STREET
WILMINGTON DE  19801
SERVE: THE CORPORATION TRUST, INCORPORATED
2405 YORK ROAD SUITE 201
LUTHERVILLE, MARYLAND 21093

| | |
|---|---|
| **Case Number:** | **C-15-CV-24-003836** |
| **Other Reference Number(s):** | |

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Issue Date: 7/23/2024

# WRIT OF SUMMONS (NEW CASE)

You are hereby summoned to file a <u>written</u> response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

Lacey, K.R.; LACEY, K.R.
5257 Buckeystown Pike
FREDERICK, MD  21704

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3. If you have questions, you should see an attorney immediately.  If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at www.barmont.org or by calling (301) 279-9100.

*Karen a Bushell*
Karen A. Bushell
Clerk of the Circuit Court

NOTE:

1. This summons is effective only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. This summons is effective for service only if served within 60 days after the date it is issued.
3. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reason(s).
4. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
5. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.    Case Number: C-15-CV-24-003836

Case 8:24-cv-02770-TDC    Document 1-1    Filed 09/26/24    Page 33 of 80

## RETURN

☐ Served _____ on _____ at _____
                    Whom                          Date                      City/State/Country

☐ Summons and  ☐ Show Cause Order and  ☐ Complaint/Petition/Motion Served

☐ Unserved _____  _____
                    Date                                        Reason


_____ ☐ Sheriff
Signature



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** EURO MOTORCARS GERMANTOWN LLC
19750 GERMANTOWN ROAD
GERMANTOWN MD 20878
SERVE: HSC AGENT SERVICES INC
245 WEST CHASE STREET
BALTIMORE MARYLAND 21202

**Case Number:**     **C-15-CV-24-003836**
**Other Reference Number(s):**

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Issue Date: 7/23/2024

## WRIT OF SUMMONS (NEW CASE)

You are hereby summoned to file a <u>written</u> response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

Lacey, K.R.; LACEY, K.R.
5257 Buckeystown Pike
FREDERICK, MD 21704

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3. If you have questions, you should see an attorney immediately. If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at www.barmont.org or by calling (301) 279-9100.

*Karen A. Bushell*
Karen A. Bushell
Clerk of the Circuit Court

NOTE:

1. This summons is effective only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. This summons is effective for service only if served within 60 days after the date it is issued.
3. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reason(s).
4. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
5. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.             Case Number: C-15-CV-24-003836

Case 8:24-cv-02770-TDC    Document 1-1    Filed 09/26/24    Page 35 of 80

## RETURN

☐ Served _____ on _____ at _____
                Whom                         Date                   City/State/Country

☐ Summons and  ☐ Show Cause Order and  ☐ Complaint/Petition/Motion Served

☐ Unserved _____ _____
              Date                         Reason

_____  ☐ Sheriff
Signature



**CIRCUIT COURT FOR MONTGOMERY COUNTY,
MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** SCOTT WEBER
19750 GERMANTOWN RD
GERMANTOWN MD 20874

|  |  |
|---|---|
| **Case Number:** | **C-15-CV-24-003836** |
| **Other Reference Number(s):** | |

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Issue Date: 7/23/2024

# WRIT OF SUMMONS (NEW CASE)

You are hereby summoned to file a <u>written</u> response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

Lacey, K.R.; LACEY, K.R.
5257 Buckeystown Pike
FREDERICK, MD 21704

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3. If you have questions, you should see an attorney immediately. If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at <u>www.barmont.org</u> or by calling (301) 279-9100.

Karen A. Bushell
Clerk of the Circuit Court

NOTE:

1. This summons is effective only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. This summons is effective for service only if served within 60 days after the date it is issued.
3. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reason(s).
4. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
5. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.     Case Number: C-15-CV-24-003836

Case 8:24-cv-02770-TDC     Document 1-1     Filed 09/26/24     Page 38 of 80

## RETURN

☐ Served _____ on _____ at _____
                    Whom                          Date                        City/State/Country

☐ Summons and   ☐ Show Cause Order and   ☐ Complaint/Petition/Motion Served

☐ Unserved _____     _____
                    Date                                          Reason

_____     ☐ Sheriff
Signature

**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

To: K.R. LACEY
5257 BUCKETSTOWN PIKE
FREDERICK MD 21704

**Case Number:** C-15-CV-24-003836
**Other Reference Number(s):**

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Date: 7/23/2024

## SCHEDULING ORDER – TRACK 3
## COMPLAINT FILED ON 07/22/2024

THIS ORDER IS YOUR OFFICIAL NOTICE OF CASE DEADLINES AND HEARINGS REQUIRING APPEARANCES. FAILURE TO APPEAR AT HEARINGS OR COMPLY WITH ALL REQUIREMENTS MAY RESULT IN DISMISSAL, DEFAULT JUDGMENT, EXCLUSION OF WITNESSES AND/OR EXHIBITS, ASSESSMENTS OF COSTS AND EXPENSES, INCLUDING ATTORNEY FEES, OR OTHER SANCTIONS.

| EVENT: [ATTENDANCE REQUIRED AT EVENTS] | DEADLINE: |
|---|---|
| DEADLINE: PLT EXPERTS IDENTIFIED | October 21, 2024 |
| DEADLINE: MOTION FOR ALTERNATIVE SERVICE FILED | November 19, 2024 |
| DEADLINE: DEF EXPERTS IDENTIFIED | December 19, 2024 |
| DEADLINE: ALL WRITTEN DISCOVERY SERVED BY | February 18, 2025 |
| DEADLINE: DISCOVERY COMPLETED | April 03, 2025 |
| DEADLINE: ADD'L PARTIES JOINDER | April 11, 2025 |
| MEETING OF ALL COUNSEL, Time and place to be determined PLUS DEADLINES: | April 18, 2025 |
| DEADLINE: DISPOSITIVE MOTIONS FILED | April 18, 2025 |
| DEADLINE: JOINT PRETRIAL STATEMENT FILED | April 18, 2025 |
| DEADLINE: RULE 2-504.3(B) NOTICE | April 18, 2025 |
| DEADLINE: ADR DEADLINE | April 23, 2025 |
| PRETRIAL HEARING | May 08, 2025 at |
| ATTENDANCE REQUIRED | 1:30 PM |
| DEADLINE: PLEADING AMENDMENT TO BE DETERMINED AT PRETRIAL. | |

**TRIAL COUNSEL SHALL APPEAR** AT THE PRETRIAL HEARING. MOTIONS FILED IN CIVIL TRACK 3 ACTIONS SHALL NOT EXCEED 15 PAGES INCLUDING ANY MEMORANDUM OF LAW AND OPPOSITION/REPLY MOTIONS SHALL NOT EXCEED 10 PAGES WITHOUT LEAVE OF THE COURT. IDENTIFICATION OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS GOVERNED BY RULES 2-211, 2-331, 2-332 and 2-341.
THE **TRIAL DATE** SHALL BE SET AT THE PRETRIAL HEARING BETWEEN THE DATES NOTED BELOW. COUNSEL ARE ENCOURAGED TO CLEAR DATES WITH ONE ANOTHER AND THE ASSIGNMENT OFFICE PRIOR TO THE CASE BEING CALLED.

**Trial Date Between:** June 03, 2025 and September 11, 2025

ANY MODIFICATIONS OF THIS SCHEDULING ORDER MUST BE REQUESTED BY WRITTEN MOTION FILED IN ADANCE OF THE DEADLINES OR HEARING DATES SOUGHT TO BE MODIFIED, PROVIDING GOOD CAUSE TO JUSTIFY ANY MODIFICATION THEREOF.

MOCC-V-002 (Rev. 04/2023)  Page 1 of 2

Entered: Clerk, Circuit Court for Montgomery County, MD

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

_7/23/2024_
Date       Administrative Judge

* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

**Entered: Clerk, Circuit Court for Montgomery County, MD July 23, 2024**



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** K.R. LACEY
5257 BUCKEYSTOWN PIKE
FREDERICK MD 21704

**Case Number:**     C-15-CV-24-003836
**Other Reference Number(s):**

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Date: 7/23/2024

## SCHEDULING ORDER – TRACK 3
## COMPLAINT FILED ON 07/22/2024

THIS ORDER IS YOUR OFFICIAL NOTICE OF CASE DEADLINES AND HEARINGS REQUIRING APPEARANCES. FAILURE TO APPEAR AT HEARINGS OR COMPLY WITH ALL REQUIREMENTS MAY RESULT IN DISMISSAL, DEFAULT JUDGMENT, EXCLUSION OF WITNESSES AND/OR EXHIBITS, ASSESSMENTS OF COSTS AND EXPENSES, INCLUDING ATTORNEY FEES, OR OTHER SANCTIONS.

| EVENT: [ATTENDANCE REQUIRED AT EVENTS] | DEADLINE: |
|---|---|
| *DEADLINE: PLT EXPERTS IDENTIFIED* | October 21, 2024 |
| *DEADLINE: MOTION FOR ALTERNATIVE SERVICE FILED* | November 19, 2024 |
| *DEADLINE: DEF EXPERTS IDENTIFIED* | December 19, 2024 |
| *DEADLINE: ALL WRITTEN DISCOVERY SERVED BY* | February 18, 2025 |
| *DEADLINE: DISCOVERY COMPLETED* | April 03, 2025 |
| *DEADLINE: ADD'L PARTIES JOINDER* | April 11, 2025 |
| MEETING OF ALL COUNSEL, Time and place to be determined PLUS DEADLINES: | April 18, 2025 |
| *DEADLINE: DISPOSITIVE MOTIONS FILED* | April 18, 2025 |
| *DEADLINE: JOINT PRETRIAL STATEMENT FILED* | April 18, 2025 |
| *DEADLINE: RULE 2-504.3(B) NOTICE* | April 18, 2025 |
| *DEADLINE: ADR DEADLINE* | April 23, 2025 |
| PRETRIAL HEARING | May 08, 2025 at |
| ATTENDANCE REQUIRED | 1:30 PM |
| *DEADLINE: PLEADING AMENDMENT TO BE DETERMINED AT PRETRIAL.* | |

**TRIAL COUNSEL SHALL APPEAR** AT THE PRETRIAL HEARING. MOTIONS FILED IN CIVIL TRACK 3 ACTIONS SHALL NOT EXCEED 15 PAGES INCLUDING ANY MEMORANDUM OF LAW AND OPPOSITION/REPLY MOTIONS SHALL NOT EXCEED 10 PAGES WITHOUT LEAVE OF THE COURT. IDENTIFICATION OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS GOVERNED BY RULES 2-211, 2-331, 2-332 and 2-341.
THE **TRIAL DATE** SHALL BE SET AT THE PRETRIAL HEARING BETWEEN THE DATES NOTED BELOW. COUNSEL ARE ENCOURAGED TO CLEAR DATES WITH ONE ANOTHER AND THE ASSIGNMENT OFFICE PRIOR TO THE CASE BEING CALLED.

Trial Date Between:    **June 03, 2025**    and    **September 11, 2025**

**ANY MODIFICATIONS OF THIS SCHEDULING ORDER MUST BE REQUESTED BY WRITTEN MOTION FILED IN ADANCE OF THE DEADLINES OR HEARING DATES SOUGHT TO BE MODIFIED, PROVIDING GOOD CAUSE TO JUSTIFY ANY MODIFICATION THEREOF.** Entered: Clerk, Circuit Court for

**K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.**
Case 8:24-cv-02770-TDC    Document 1-1    Filed 09/26/24    Page 42 of 80

**Case Number: C-15-CV-24-003836**
Other Reference Number(s):

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility.  The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

| 7/23/2024 | _(signature)_ |
|---|---|
| Date | Administrative Judge |

\* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

Entered: Clerk, Circuit Court for
Montgomery County, MD
July 23, 2024

**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** EURO MOTORCARS GERMANTOWN LLC
19750 GERMANTOWN ROAD
GERMANTOWN MD 20878

**Case Number:**     **C-15-CV-24-003836**
**Other Reference Number(s):**

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Date: 7/23/2024

## SCHEDULING ORDER – TRACK 3
## COMPLAINT FILED ON 07/22/2024

THIS ORDER IS YOUR OFFICIAL NOTICE OF CASE DEADLINES AND HEARINGS REQUIRING APPEARANCES. FAILURE TO APPEAR AT HEARINGS OR COMPLY WITH ALL REQUIREMENTS MAY RESULT IN DISMISSAL, DEFAULT JUDGMENT, EXCLUSION OF WITNESSES AND/OR EXHIBITS, ASSESSMENTS OF COSTS AND EXPENSES, INCLUDING ATTORNEY FEES, OR OTHER SANCTIONS.

| EVENT: [ATTENDANCE REQUIRED AT EVENTS] | DEADLINE: |
|---|---|
| *DEADLINE: PLT EXPERTS IDENTIFIED* | October 21, 2024 |
| *DEADLINE: MOTION FOR ALTERNATIVE SERVICE FILED* | November 19, 2024 |
| *DEADLINE: DEF EXPERTS IDENTIFIED* | December 19, 2024 |
| *DEADLINE: ALL WRITTEN DISCOVERY SERVED BY* | February 18, 2025 |
| *DEADLINE: DISCOVERY COMPLETED* | April 03, 2025 |
| *DEADLINE: ADD'L PARTIES JOINDER* | April 11, 2025 |
| MEETING OF ALL COUNSEL, Time and place to be determined PLUS DEADLINES: | April 18, 2025 |
| *DEADLINE: DISPOSITIVE MOTIONS FILED* | April 18, 2025 |
| *DEADLINE: JOINT PRETRIAL STATEMENT FILED* | April 18, 2025 |
| *DEADLINE: RULE 2-504.3(B) NOTICE* | April 18, 2025 |
| *DEADLINE: ADR DEADLINE* | April 23, 2025 |
| PRETRIAL HEARING | May 08, 2025 at |
| ATTENDANCE REQUIRED | 1:30 PM |
| *DEADLINE: PLEADING AMENDMENT TO BE DETERMINED AT PRETRIAL.* | |

**TRIAL COUNSEL SHALL APPEAR** AT THE PRETRIAL HEARING. MOTIONS FILED IN CIVIL TRACK 3 ACTIONS SHALL NOT EXCEED 15 PAGES INCLUDING ANY MEMORANDUM OF LAW AND OPPOSITION/REPLY MOTIONS SHALL NOT EXCEED 10 PAGES WITHOUT LEAVE OF THE COURT. IDENTIFICATION OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS GOVERNED BY RULES 2-211, 2-331, 2-332 and 2-341.

THE **TRIAL DATE** SHALL BE SET AT THE PRETRIAL HEARING BETWEEN THE DATES NOTED BELOW. COUNSEL ARE ENCOURAGED TO CLEAR DATES WITH ONE ANOTHER AND THE ASSIGNMENT OFFICE PRIOR TO THE CASE BEING CALLED.

Trial Date Between:     **June 03, 2025**    and    **September 11, 2025**

**ANY MODIFICATIONS OF THIS SCHEDULING ORDER MUST BE REQUESTED BY WRITTEN MOTION FILED IN ADANCE OF THE DEADLINES OR HEARING DATES SOUGHT TO BE MODIFIED, PROVIDING GOOD CAUSE TO JUSTIFY ANY MODIFICATION THEREOF.**

Entered: Clerk, Circuit Court for Montgomery County, MD
July 23, 2024

Case 8:24-cv-02770-TDC   Document 1-1   Filed 09/26/24   Page 44 of 80

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility.  The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

| 7/23/2024 | |
| --- | --- |
| Date | Administrative Judge |

\* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

**Entered: Clerk, Circuit Court for Montgomery County, MD July 23, 2024**



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** SCOTT WEBER
19750 GERMANTOWN RD
GERMANTOWN MD 20874

| | |
|---|---|
| **Case Number:** | **C-15-CV-24-003836** |
| **Other Reference Number(s):** | |

## K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.

Date: 7/23/2024

## SCHEDULING ORDER – TRACK 3
## COMPLAINT FILED ON 07/22/2024

THIS ORDER IS YOUR OFFICIAL NOTICE OF CASE DEADLINES AND HEARINGS REQUIRING APPEARANCES. FAILURE TO APPEAR AT HEARINGS OR COMPLY WITH ALL REQUIREMENTS MAY RESULT IN DISMISSAL, DEFAULT JUDGMENT, EXCLUSION OF WITNESSES AND/OR EXHIBITS, ASSESSMENTS OF COSTS AND EXPENSES, INCLUDING ATTORNEY FEES, OR OTHER SANCTIONS.

| EVENT: [ATTENDANCE REQUIRED AT EVENTS] | DEADLINE: |
|---|---|
| *DEADLINE: PLT EXPERTS IDENTIFIED* | October 21, 2024 |
| *DEADLINE: MOTION FOR ALTERNATIVE SERVICE FILED* | November 19, 2024 |
| *DEADLINE: DEF EXPERTS IDENTIFIED* | December 19, 2024 |
| *DEADLINE: ALL WRITTEN DISCOVERY SERVED BY* | February 18, 2025 |
| *DEADLINE: DISCOVERY COMPLETED* | April 03, 2025 |
| *DEADLINE: ADD'L PARTIES JOINDER* | April 11, 2025 |
| MEETING OF ALL COUNSEL, Time and place to be determined PLUS DEADLINES: | April 18, 2025 |
| *DEADLINE: DISPOSITIVE MOTIONS FILED* | April 18, 2025 |
| *DEADLINE: JOINT PRETRIAL STATEMENT FILED* | April 18, 2025 |
| *DEADLINE: RULE 2-504.3(B) NOTICE* | April 18, 2025 |
| *DEADLINE: ADR DEADLINE* | April 23, 2025 |
| PRETRIAL HEARING ATTENDANCE REQUIRED | May 08, 2025 at 1:30 PM |
| *DEADLINE: PLEADING AMENDMENT TO BE DETERMINED AT PRETRIAL.* | |

**TRIAL COUNSEL SHALL APPEAR** AT THE PRETRIAL HEARING. MOTIONS FILED IN CIVIL TRACK 3 ACTIONS SHALL NOT EXCEED 15 PAGES INCLUDING ANY MEMORANDUM OF LAW AND OPPOSITION/REPLY MOTIONS SHALL NOT EXCEED 10 PAGES WITHOUT LEAVE OF THE COURT. IDENTIFICATION OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS GOVERNED BY RULES 2-211, 2-331, 2-332 and 2-341.
THE **TRIAL DATE** SHALL BE SET AT THE PRETRIAL HEARING BETWEEN THE DATES NOTED BELOW. COUNSEL ARE ENCOURAGED TO CLEAR DATES WITH ONE ANOTHER AND THE ASSIGNMENT OFFICE PRIOR TO THE CASE BEING CALLED.

**Trial Date Between:** **June 03, 2025** and **September 11, 2025**
_____

**ANY MODIFICATIONS OF THIS SCHEDULING ORDER MUST BE REQUESTED BY WRITTEN MOTION FILED IN ADANCE OF THE DEADLINES OR HEARING DATES SOUGHT TO BE MODIFIED, PROVIDING GOOD CAUSE TO JUSTIFY ANY MODIFICATION THEREOF.**

K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.        Case Number: C-15-CV-24-003836
Case 8:24-cv-02770-TDC     Document 1-1     Filed 09/26/24     Page 46 of 80
Other Reference Number(s):

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

| 7/23/2024 | |
|---|---|
| Date | Administrative Judge |

\* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

Entered: Clerk, Circuit Court for
Montgomery County, MD
July 23, 2024

**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland  20850

**To:**  DIMITRIS PSILLAKIS
1209 ORANGE STREET
WILMINGTON DE  19801

**Case Number:** C-15-CV-24-003836
**Other Reference Number(s):**

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Date: 7/23/2024

## SCHEDULING ORDER – TRACK 3
## COMPLAINT FILED ON 07/22/2024

THIS ORDER IS YOUR OFFICIAL NOTICE OF CASE DEADLINES AND HEARINGS REQUIRING APPEARANCES.  FAILURE TO APPEAR AT HEARINGS OR COMPLY WITH ALL REQUIREMENTS MAY RESULT IN DISMISSAL, DEFAULT JUDGMENT, EXCLUSION OF WITNESSES AND/OR EXHIBITS, ASSESSMENTS OF COSTS AND EXPENSES, INCLUDING ATTORNEY FEES, OR OTHER SANCTIONS.

| EVENT:  [ATTENDANCE REQUIRED AT EVENTS] | DEADLINE: |
|---|---|
| *DEADLINE: PLT EXPERTS IDENTIFIED* | October 21, 2024 |
| *DEADLINE: MOTION FOR ALTERNATIVE SERVICE FILED* | November 19, 2024 |
| *DEADLINE: DEF EXPERTS IDENTIFIED* | December 19, 2024 |
| *DEADLINE: ALL WRITTEN DISCOVERY SERVED BY* | February 18, 2025 |
| *DEADLINE: DISCOVERY COMPLETED* | April 03, 2025 |
| *DEADLINE: ADD'L PARTIES JOINDER* | April 11, 2025 |
| MEETING OF ALL COUNSEL, Time and place to be determined PLUS DEADLINES: | April 18, 2025 |
| *DEADLINE: DISPOSITIVE MOTIONS FILED* | April 18, 2025 |
| *DEADLINE: JOINT PRETRIAL STATEMENT FILED* | April 18, 2025 |
| *DEADLINE: RULE 2-504.3(B) NOTICE* | April 18, 2025 |
| *DEADLINE: ADR DEADLINE* | April 23, 2025 |
| PRETRIAL HEARING | May 08, 2025 at |
| ATTENDANCE REQUIRED | 1:30 PM |
| *DEADLINE: PLEADING AMENDMENT TO BE DETERMINED AT PRETRIAL.* | |

**TRIAL COUNSEL SHALL APPEAR** AT THE PRETRIAL HEARING.  MOTIONS FILED IN CIVIL TRACK 3 ACTIONS SHALL NOT EXCEED 15 PAGES INCLUDING ANY MEMORANDUM OF LAW AND OPPOSITION/REPLY MOTIONS SHALL NOT EXCEED 10 PAGES WITHOUT LEAVE OF THE COURT. IDENTIFICATION OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS GOVERNED BY RULES 2-211, 2-331, 2-332 and 2-341.
THE **TRIAL DATE** SHALL BE SET AT THE PRETRIAL HEARING BETWEEN THE DATES NOTED BELOW. COUNSEL ARE ENCOURAGED TO CLEAR DATES WITH ONE ANOTHER AND THE ASSIGNMENT OFFICE PRIOR TO THE CASE BEING CALLED.

Trial Date Between:  **June 03, 2025**  and  **September 11, 2025**

**ANY MODIFICATIONS OF THIS SCHEDULING ORDER MUST BE REQUESTED BY WRITTEN MOTION FILED IN ADANCE OF THE DEADLINES OR HEARING DATES SOUGHT TO BE MODIFIED, PROVIDING GOOD CAUSE TO JUSTIFY ANY MODIFICATION THEREOF.**  Entered: Clerk, Circuit Court for Montgomery County, MD  7/23/2024 4:00 PM
July 23, 2024

MOCC-V-002 (Rev. 04/2023)                Page 1 of 2

Case 8:24-cv-02770-TDC    Document 1-1    Filed 09/26/24    Page 48 of 80

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

_7/23/2024_
Date

Administrative Judge

\* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

Entered: Clerk, Circuit Court for
Montgomery County, MD
July 23, 2024

Case 8:24-cv-02770-TDC   Document 1-1   Filed 09/26/24   Main Page 49 of 80

# CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

50 Maryland Avenue
Rockville, Maryland  20850

**To:** MERCEDES-BENZ USA LLC
1209 ORANGE STREET
WILMINGTON DE  19801

**Case Number:** C-15-CV-24-003836
**Other Reference Number(s):**

## K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.

Date: 7/23/2024

## SCHEDULING ORDER – TRACK 3
## COMPLAINT FILED ON 07/22/2024

THIS ORDER IS YOUR OFFICIAL NOTICE OF CASE DEADLINES AND HEARINGS REQUIRING APPEARANCES.  FAILURE TO APPEAR AT HEARINGS OR COMPLY WITH ALL REQUIREMENTS MAY RESULT IN DISMISSAL, DEFAULT JUDGMENT, EXCLUSION OF WITNESSES AND/OR EXHIBITS, ASSESSMENTS OF COSTS AND EXPENSES, INCLUDING ATTORNEY FEES, OR OTHER SANCTIONS.

| EVENT:  [ATTENDANCE REQUIRED AT EVENTS] | DEADLINE: |
|---|---|
| *DEADLINE: PLT EXPERTS IDENTIFIED* | October 21, 2024 |
| *DEADLINE: MOTION FOR ALTERNATIVE SERVICE FILED* | November 19, 2024 |
| *DEADLINE: DEF EXPERTS IDENTIFIED* | December 19, 2024 |
| *DEADLINE: ALL WRITTEN DISCOVERY SERVED BY* | February 18, 2025 |
| *DEADLINE: DISCOVERY COMPLETED* | April 03, 2025 |
| *DEADLINE: ADD'L PARTIES JOINDER* | April 11, 2025 |
| MEETING OF ALL COUNSEL, Time and place to be determined PLUS DEADLINES: | April 18, 2025 |
| *DEADLINE: DISPOSITIVE MOTIONS FILED* | April 18, 2025 |
| *DEADLINE: JOINT PRETRIAL STATEMENT FILED* | April 18, 2025 |
| *DEADLINE: RULE 2-504.3(B) NOTICE* | April 18, 2025 |
| *DEADLINE: ADR DEADLINE* | April 23, 2025 |
| PRETRIAL HEARING | May 08, 2025 at |
| ATTENDANCE REQUIRED | 1:30 PM |
| *DEADLINE: PLEADING AMENDMENT TO BE DETERMINED AT PRETRIAL.* | |

**TRIAL COUNSEL SHALL APPEAR** AT THE PRETRIAL HEARING.  MOTIONS FILED IN CIVIL TRACK 3 ACTIONS SHALL NOT EXCEED 15 PAGES INCLUDING ANY MEMORANDUM OF LAW AND OPPOSITION/REPLY MOTIONS SHALL NOT EXCEED 10 PAGES WITHOUT LEAVE OF THE COURT. IDENTIFICATION OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS GOVERNED BY RULES 2-211, 2-331, 2-332 and 2-341.

THE **TRIAL DATE** SHALL BE SET AT THE PRETRIAL HEARING BETWEEN THE DATES NOTED BELOW. COUNSEL ARE ENCOURAGED TO CLEAR DATES WITH ONE ANOTHER AND THE ASSIGNMENT OFFICE PRIOR TO THE CASE BEING CALLED.

**Trial Date Between:**     **June 03, 2025**     and     **September 11, 2025**

**ANY MODIFICATIONS OF THIS SCHEDULING ORDER MUST BE REQUESTED BY WRITTEN MOTION FILED IN ADANCE OF THE DEADLINES OR HEARING DATES SOUGHT TO BE MODIFIED, PROVIDING GOOD CAUSE TO JUSTIFY ANY MODIFICATION THEREOF.**

Entered: Clerk, Circuit Court for
Montgomery County, MD
July 23, 2024

7/23/2024 4:00 PM

Case 8:24-cv-02770-TDC　　Document 1-1　　Filed 09/26/24　　Page 50 of 80

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

| 7/23/2024 | |
| --- | --- |
| Date | Administrative Judge |

\* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

**Entered: Clerk, Circuit Court for Montgomery County, MD July 23, 2024**



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**

50 Maryland Avenue
Rockville, Maryland  20850

**To:**   K.R. LACEY
5257 BUCKETSTOWN PIKE
FREDERICK MD  21704

|  |  |
|---|---|
| **Case Number:** | **C-15-CV-24-003836** |
| **Other Reference Number(s):** | |

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Date: 7/23/2024

## ORDER FOR MANDATORY PRETRIAL HEARING – Civil Track 3
## COMPLAINT FILED ON 07/22/2024

In accordance with Maryland Rules of Procedure, Rule 2-504, and in order to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time and at the least possible cost to the Court and to litigants, it is this day, by the Circuit Court for Montgomery County, Maryland,

**ORDERED**, that the parties and trial counsel shall appear in court for a Pretrial Hearing. No further notice will be given of this date. Unrepresented parties and/or trial counsel shall meet at least two weeks prior to the hearing date to prepare a written joint pre-trial statement and endeavor to settle the case. If the parties cannot agree to the meeting place or date, it shall be two weeks before the hearing date at 9:00 a.m. in the lobby of the Court House. The joint pre-trial statement shall be signed by all parties and their attorneys and shall be filed with the court at least seventeen days before the Pretrial Hearing and shall contain the following:

1. Nature of the Case: A brief, non-argumentative statement suitable for reading to a jury.

2. Claims and/or Defenses: Each party to set forth a concise statement of all claims and defenses which that party is submitting for trial.

3. Undisputed Issues and Facts: List all issues not in dispute and set forth stipulated facts.

4. Disputed Issues: List each disputed issue and the principal contentions of all parties respecting each.

5. Relief Sought: Specify nature and amount of each item of damage claimed or description of equitable relief sought by each party.

6. Citations: List any cases or statutes which need to be called to the Court's attention.

7. Pending Motions: List title, movant, and filing date of pending motions.

8. Witnesses: Name, address, and telephone number of each person who may be called to testify. As to experts, list matters about which each expert will testify. No party may call at trial any witness omitted from that party's pre-trial statement, except for impeachment or rebuttal purposes.

9. Exhibits: Attach a listing of the exhibits to be offered in evidence by each party at the trial, other than those expected to be used solely for impeachment, indicating which exhibits the parties agree may be offered in evidence without the usual authentication. Complete list of exhibits identifying by exhibit number each document that may be offered at trial. (Stickers to be attached to each exhibit are available in Clerk's office.) Any objections to another party's exhibits should be stated.

10. Deposition Testimony: Designation by page and line of deposition testimony to be offered as substantive evidence, not impeachment.

Entered: Clerk, Circuit Court for Montgomery County, MD
July 23, 2024

**K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.**    Case Number: C-15-CV-24-003836
Case 8:24-cv-02770-TDC    Document 1-1    Filed 09/26/24    Page 52 of 80
Other Reference Number(s):

11. <u>Pleadings and Discovery Responses</u>: Designation by page and paragraph of any pleading or discovery response to be offered as substantive evidence, not impeachment.

12. <u>Demonstrative or Physical Evidence</u>: Describe any items of non-testimonial, non-documentary evidence - - models, samples, objects, etc. – to be utilized at trial.

13. <u>Videotapes</u>: Identify any videotapes to be shown to the jury and authority for doing so.

14. <u>Requested Jury Selection Questions</u>: Identify those agreed upon and include any objections made by either side.

15. <u>Pattern Jury Instructions</u>: Identify those agreed upon and those not agreed upon.  Designate the source of the instruction.

16. <u>Non-Pattern Jury Instructions</u>: Supply complete text of each instruction, with authorities, on a separate page.

17. <u>Verdict Sheet (if requested)</u>: Text of verdict sheet, including any special interrogatories, to be submitted to the jury.

18. <u>Settlement</u>: Minimum demand; Maximum offer.

19. <u>Estimated Length of Trial</u>: _____ days.

and it is further

**ORDERED**, that counsel and unrepresented parties shall file the Joint Pretrial Statement no later than seventeen days **(DEADLINE: April 18, 2025)** before the Pretrial Hearing; and it is further,

**ORDERED**, for cases that have not reached a settlement by the Pretrial Hearing date, that the parties and their counsel and representatives with the authority to settle shall participate in good faith in any Settlement Conference, that may be set at the Pretrial.

_____7/23/2024_____    _____
Date    Administrative Judge

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility.  The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

Entered: Clerk, Circuit Court for Montgomery County, MD
July 23, 2024



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** K.R. LACEY
5257 BUCKEYSTOWN PIKE
FREDERICK MD 21704

|  |  |
|---|---|
| **Case Number:** | **C-15-CV-24-003836** |
| **Other Reference Number(s):** | |

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Date: 7/23/2024

## ORDER FOR MANDATORY PRETRIAL HEARING – Civil Track 3
## COMPLAINT FILED ON 07/22/2024

In accordance with Maryland Rules of Procedure, Rule 2-504, and in order to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time and at the least possible cost to the Court and to litigants, it is this day, by the Circuit Court for Montgomery County, Maryland,

**ORDERED**, that the parties and trial counsel shall appear in court for a Pretrial Hearing. No further notice will be given of this date. Unrepresented parties and/or trial counsel shall meet at least two weeks prior to the hearing date to prepare a written joint pre-trial statement and endeavor to settle the case. If the parties cannot agree to the meeting place or date, it shall be two weeks before the hearing date at 9:00 a.m. in the lobby of the Court House. The joint pre-trial statement shall be signed by all parties and their attorneys and shall be filed with the court at least seventeen days before the Pretrial Hearing and shall contain the following:

1. Nature of the Case: A brief, non-argumentative statement suitable for reading to a jury.

2. Claims and/or Defenses: Each party to set forth a concise statement of all claims and defenses which that party is submitting for trial.

3. Undisputed Issues and Facts: List all issues not in dispute and set forth stipulated facts.

4. Disputed Issues: List each disputed issue and the principal contentions of all parties respecting each.

5. Relief Sought: Specify nature and amount of each item of damage claimed or description of equitable relief sought by each party.

6. Citations: List any cases or statutes which need to be called to the Court's attention.

7. Pending Motions: List title, movant, and filing date of pending motions.

8. Witnesses: Name, address, and telephone number of each person who may be called to testify. As to experts, list matters about which each expert will testify. No party may call at trial any witness omitted from that party's pre-trial statement, except for impeachment or rebuttal purposes.

9. Exhibits: Attach a listing of the exhibits to be offered in evidence by each party at the trial, other than those expected to be used solely for impeachment, indicating which exhibits the parties agree may be offered in evidence without the usual authentication. Complete list of exhibits identifying by exhibit number each document that may be offered at trial. (Stickers to be attached to each exhibit are available in Clerk's office.) Any objections to another party's exhibits should be stated.

10. Deposition Testimony: Designation by page and line of deposition testimony to be offered as substantive evidence, not impeachment.

Entered: Clerk, Circuit Court for
Montgomery County, MD
July 23, 2024

7/23/2024 4:00 PM

K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.        Case Number: C-15-CV-24-003836
Case 8:24-cv-02770-TDC    Document 1-1    Filed 09/26/24    Page 54 of 80
Other Reference Number(s):

11. <u>Pleadings and Discovery Responses</u>: Designation by page and paragraph of any pleading or discovery response to be offered as substantive evidence, not impeachment.

12. <u>Demonstrative or Physical Evidence</u>: Describe any items of non-testimonial, non-documentary evidence - - models, samples, objects, etc. – to be utilized at trial.

13. <u>Videotapes</u>: Identify any videotapes to be shown to the jury and authority for doing so.

14. <u>Requested Jury Selection Questions</u>: Identify those agreed upon and include any objections made by either side.

15. <u>Pattern Jury Instructions</u>: Identify those agreed upon and those not agreed upon. Designate the source of the instruction.

16. <u>Non-Pattern Jury Instructions</u>: Supply complete text of each instruction, with authorities, on a separate page.

17. <u>Verdict Sheet (if requested)</u>: Text of verdict sheet, including any special interrogatories, to be submitted to the jury.

18. <u>Settlement</u>: Minimum demand; Maximum offer.

19. <u>Estimated Length of Trial</u>: _____ days.

and it is further

**ORDERED**, that counsel and unrepresented parties shall file the Joint Pretrial Statement no later than seventeen days **(DEADLINE: April 18, 2025)** before the Pretrial Hearing; and it is further,

**ORDERED**, for cases that have not reached a settlement by the Pretrial Hearing date, that the parties and their counsel and representatives with the authority to settle shall participate in good faith in any Settlement Conference, that may be set at the Pretrial.

_____7/23/2024_____        _____
            Date                              Administrative Judge

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

\* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

Entered: Clerk, Circuit Court for
Montgomery County, MD
July 23, 2024



**CIRCUIT COURT FOR MONTGOMERY COUNTY,
MARYLAND**
50 Maryland Avenue
Rockville, Maryland  20850

To:   EURO MOTORCARS GERMANTOWN LLC
      19750 GERMANTOWN ROAD
      GERMANTOWN MD  20878

|  |  |
|---|---|
| **Case Number:** | C-15-CV-24-003836 |
| **Other Reference Number(s):** |  |

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Date: 7/23/2024

## ORDER FOR MANDATORY PRETRIAL HEARING – Civil Track 3
## COMPLAINT FILED ON 07/22/2024

In accordance with Maryland Rules of Procedure, Rule 2-504, and in order to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time and at the least possible cost to the Court and to litigants, it is this day, by the Circuit Court for Montgomery County, Maryland,

**ORDERED**, that the parties and trial counsel shall appear in court for a Pretrial Hearing.  No further notice will be given of this date.  Unrepresented parties and/or trial counsel shall meet at least two weeks prior to the hearing date to prepare a written joint pre-trial statement and endeavor to settle the case.  If the parties cannot agree to the meeting place or date, it shall be two weeks before the hearing date at 9:00 a.m. in the lobby of the Court House.  The joint pre-trial statement shall be signed by all parties and their attorneys and shall be filed with the court at least seventeen days before the Pretrial Hearing and shall contain the following:

1. Nature of the Case: A brief, non-argumentative statement suitable for reading to a jury.

2. Claims and/or Defenses: Each party to set forth a concise statement of all claims and defenses which that party is submitting for trial.

3. Undisputed Issues and Facts: List all issues not in dispute and set forth stipulated facts.

4. Disputed Issues: List each disputed issue and the principal contentions of all parties respecting each.

5. Relief Sought: Specify nature and amount of each item of damage claimed or description of equitable relief sought by each party.

6. Citations: List any cases or statutes which need to be called to the Court's attention.

7. Pending Motions: List title, movant, and filing date of pending motions.

8. Witnesses: Name, address, and telephone number of each person who may be called to testify.  As to experts, list matters about which each expert will testify.  No party may call at trial any witness omitted from that party's pre-trial statement, except for impeachment or rebuttal purposes.

9. Exhibits: Attach a listing of the exhibits to be offered in evidence by each party at the trial, other than those expected to be used solely for impeachment, indicating which exhibits the parties agree may be offered in evidence without the usual authentication. Complete list of exhibits identifying by exhibit number each document that may be offered at trial.  (Stickers to be attached to each exhibit are available in Clerk's office.)  Any objections to another party's exhibits should be stated.

10. Deposition Testimony: Designation by page and line of deposition testimony to be offered as substantive evidence, not impeachment.

MOCC-V-019 (Rev. 05/2024)          **Page 1 of 2**

Entered: Clerk, Circuit Court for
Montgomery County, MD
July 23, 2024

K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.          Case Number: C-15-CV-24-003836

Case 8:24-cv-02770-TDC    Document 1-1    Filed 09/26/24    Page 56 of 80
Other Reference Number(s):

11. <u>Pleadings and Discovery Responses</u>: Designation by page and paragraph of any pleading or discovery response to be offered as substantive evidence, not impeachment.

12. <u>Demonstrative or Physical Evidence</u>: Describe any items of non-testimonial, non-documentary evidence -- models, samples, objects, etc. – to be utilized at trial.

13. <u>Videotapes</u>: Identify any videotapes to be shown to the jury and authority for doing so.

14. <u>Requested Jury Selection Questions</u>: Identify those agreed upon and include any objections made by either side.

15. <u>Pattern Jury Instructions</u>: Identify those agreed upon and those not agreed upon. Designate the source of the instruction.

16. <u>Non-Pattern Jury Instructions</u>: Supply complete text of each instruction, with authorities, on a separate page.

17. <u>Verdict Sheet (if requested)</u>: Text of verdict sheet, including any special interrogatories, to be submitted to the jury.

18. <u>Settlement</u>: Minimum demand; Maximum offer.

19. <u>Estimated Length of Trial</u>: _____ days.

and it is further

**ORDERED**, that counsel and unrepresented parties shall file the Joint Pretrial Statement no later than seventeen days **(DEADLINE: April 18, 2025)** before the Pretrial Hearing; and it is further,

**ORDERED**, for cases that have not reached a settlement by the Pretrial Hearing date, that the parties and their counsel and representatives with the authority to settle shall participate in good faith in any Settlement Conference, that may be set at the Pretrial.

|  |  |
|---|---|
| 7/23/2024 | |
| Date | Administrative Judge |

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

Entered: Clerk, Circuit Court for
Montgomery County, MD
July 23, 2024



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

To: SCOTT WEBER
19750 GERMANTOWN RD
GERMANTOWN MD 20874

**Case Number:**      **C-15-CV-24-003836**
**Other Reference Number(s):**

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Date: 7/23/2024

### ORDER FOR MANDATORY PRETRIAL HEARING – Civil Track 3
### COMPLAINT FILED ON 07/22/2024

In accordance with Maryland Rules of Procedure, Rule 2-504, and in order to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time and at the least possible cost to the Court and to litigants, it is this day, by the Circuit Court for Montgomery County, Maryland,

**ORDERED**, that the parties and trial counsel shall appear in court for a Pretrial Hearing. No further notice will be given of this date. Unrepresented parties and/or trial counsel shall meet at least two weeks prior to the hearing date to prepare a written joint pre-trial statement and endeavor to settle the case. If the parties cannot agree to the meeting place or date, it shall be two weeks before the hearing date at 9:00 a.m. in the lobby of the Court House. The joint pre-trial statement shall be signed by all parties and their attorneys and shall be filed with the court at least seventeen days before the Pretrial Hearing and shall contain the following:

1. Nature of the Case: A brief, non-argumentative statement suitable for reading to a jury.

2. Claims and/or Defenses: Each party to set forth a concise statement of all claims and defenses which that party is submitting for trial.

3. Undisputed Issues and Facts: List all issues not in dispute and set forth stipulated facts.

4. Disputed Issues: List each disputed issue and the principal contentions of all parties respecting each.

5. Relief Sought: Specify nature and amount of each item of damage claimed or description of equitable relief sought by each party.

6. Citations: List any cases or statutes which need to be called to the Court's attention.

7. Pending Motions: List title, movant, and filing date of pending motions.

8. Witnesses: Name, address, and telephone number of each person who may be called to testify. As to experts, list matters about which each expert will testify. No party may call at trial any witness omitted from that party's pre-trial statement, except for impeachment or rebuttal purposes.

9. Exhibits: Attach a listing of the exhibits to be offered in evidence by each party at the trial, other than those expected to be used solely for impeachment, indicating which exhibits the parties agree may be offered in evidence without the usual authentication. Complete list of exhibits identifying by exhibit number each document that may be offered at trial. (Stickers to be attached to each exhibit are available in Clerk's office.) Any objections to another party's exhibits should be stated.

10. Deposition Testimony: Designation by page and line of deposition testimony to be offered as substantive evidence, not impeachment.

MOCC-V-019 (Rev. 05/2024)      **Page 1 of 2**      Entered: Clerk, Circuit Court for Montgomery County, MD    **7/23/2024 4:00 PM**
July 23, 2024

K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.     Case Number: C-15-CV-24-003836

Case 8:24-cv-02770-TDC   Document 1-1   Filed 09/26/24   Page 58 of 80

Other Reference Number(s):

11. <u>Pleadings and Discovery Responses</u>: Designation by page and paragraph of any pleading or discovery response to be offered as substantive evidence, not impeachment.

12. <u>Demonstrative or Physical Evidence</u>: Describe any items of non-testimonial, non-documentary evidence - - models, samples, objects, etc. – to be utilized at trial.

13. <u>Videotapes</u>: Identify any videotapes to be shown to the jury and authority for doing so.

14. <u>Requested Jury Selection Questions</u>: Identify those agreed upon and include any objections made by either side.

15. <u>Pattern Jury Instructions</u>: Identify those agreed upon and those not agreed upon. Designate the source of the instruction.

16. <u>Non-Pattern Jury Instructions</u>: Supply complete text of each instruction, with authorities, on a separate page.

17. <u>Verdict Sheet (if requested)</u>: Text of verdict sheet, including any special interrogatories, to be submitted to the jury.

18. <u>Settlement</u>: Minimum demand; Maximum offer.

19. <u>Estimated Length of Trial</u>: _____ days.

and it is further

**ORDERED**, that counsel and unrepresented parties shall file the Joint Pretrial Statement no later than seventeen days **(DEADLINE: April 18, 2025)** before the Pretrial Hearing; and it is further,

**ORDERED**, for cases that have not reached a settlement by the Pretrial Hearing date, that the parties and their counsel and representatives with the authority to settle shall participate in good faith in any Settlement Conference, that may be set at the Pretrial.

|  |  |
|---|---|
| 7/23/2024 | _(signature)_ |
| Date | Administrative Judge |

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

\* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

Entered: Clerk, Circuit Court for
Montgomery County, MD
July 23, 2024



**CIRCUIT COURT FOR MONTGOMERY COUNTY,**
**MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** DIMITRIS PSILLAKIS
1209 ORANGE STREET
WILMINGTON DE 19801

**Case Number:** C-15-CV-24-003836
**Other Reference Number(s):**

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Date: 7/23/2024

## ORDER FOR MANDATORY PRETRIAL HEARING – Civil Track 3
## COMPLAINT FILED ON 07/22/2024

In accordance with Maryland Rules of Procedure, Rule 2-504, and in order to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time and at the least possible cost to the Court and to litigants, it is this day, by the Circuit Court for Montgomery County, Maryland,

**ORDERED**, that the parties and trial counsel shall appear in court for a Pretrial Hearing. No further notice will be given of this date. Unrepresented parties and/or trial counsel shall meet at least two weeks prior to the hearing date to prepare a written joint pre-trial statement and endeavor to settle the case. If the parties cannot agree to the meeting place or date, it shall be two weeks before the hearing date at 9:00 a.m. in the lobby of the Court House. The joint pre-trial statement shall be signed by all parties and their attorneys and shall be filed with the court at least seventeen days before the Pretrial Hearing and shall contain the following:

1. Nature of the Case: A brief, non-argumentative statement suitable for reading to a jury.

2. Claims and/or Defenses: Each party to set forth a concise statement of all claims and defenses which that party is submitting for trial.

3. Undisputed Issues and Facts: List all issues not in dispute and set forth stipulated facts.

4. Disputed Issues: List each disputed issue and the principal contentions of all parties respecting each.

5. Relief Sought: Specify nature and amount of each item of damage claimed or description of equitable relief sought by each party.

6. Citations: List any cases or statutes which need to be called to the Court's attention.

7. Pending Motions: List title, movant, and filing date of pending motions.

8. Witnesses: Name, address, and telephone number of each person who may be called to testify. As to experts, list matters about which each expert will testify. No party may call at trial any witness omitted from that party's pre-trial statement, except for impeachment or rebuttal purposes.

9. Exhibits: Attach a listing of the exhibits to be offered in evidence by each party at the trial, other than those expected to be used solely for impeachment, indicating which exhibits the parties agree may be offered in evidence without the usual authentication. Complete list of exhibits identifying by exhibit number each document that may be offered at trial. (Stickers to be attached to each exhibit are available in Clerk's office.) Any objections to another party's exhibits should be stated.

10. Deposition Testimony: Designation by page and line of deposition testimony to be offered as substantive evidence, not impeachment.

---

MOCC-V-019 (Rev. 05/2024)      **Page 1 of 2** Entered: Clerk, Circuit Court for     7/23/2024 4:00 PM
Montgomery County, MD
July 23, 2024

K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.    Case Number: C-15-CV-24-003836
Case 8:24-cv-02770-TDC    Document 1-1    Filed 09/26/24    Page 60 of 80
Other Reference Number(s):

11. <u>Pleadings and Discovery Responses</u>: Designation by page and paragraph of any pleading or discovery response to be offered as substantive evidence, not impeachment.

12. <u>Demonstrative or Physical Evidence</u>: Describe any items of non-testimonial, non-documentary evidence -- models, samples, objects, etc. – to be utilized at trial.

13. <u>Videotapes</u>: Identify any videotapes to be shown to the jury and authority for doing so.

14. <u>Requested Jury Selection Questions</u>: Identify those agreed upon and include any objections made by either side.

15. <u>Pattern Jury Instructions</u>: Identify those agreed upon and those not agreed upon.  Designate the source of the instruction.

16. <u>Non-Pattern Jury Instructions</u>: Supply complete text of each instruction, with authorities, on a separate page.

17. <u>Verdict Sheet (if requested)</u>: Text of verdict sheet, including any special interrogatories, to be submitted to the jury.

18. <u>Settlement</u>: Minimum demand; Maximum offer.

19. <u>Estimated Length of Trial</u>: _____ days.

and it is further

**ORDERED**, that counsel and unrepresented parties shall file the Joint Pretrial Statement no later than seventeen days (**DEADLINE: April 18, 2025**) before the Pretrial Hearing; and it is further,

**ORDERED**, for cases that have not reached a settlement by the Pretrial Hearing date, that the parties and their counsel and representatives with the authority to settle shall participate in good faith in any Settlement Conference, that may be set at the Pretrial.

7/23/2024

Date                Administrative Judge

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility.  The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

Entered: Clerk, Circuit Court for
Montgomery County, MD
July 23, 2024



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

To: MERCEDES-BENZ USA LLC
1209 ORANGE STREET
WILMINGTON DE 19801

**Case Number:**  C-15-CV-24-003836
**Other Reference Number(s):**

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Date: 7/23/2024

## ORDER FOR MANDATORY PRETRIAL HEARING – Civil Track 3
## COMPLAINT FILED ON 07/22/2024

In accordance with Maryland Rules of Procedure, Rule 2-504, and in order to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time and at the least possible cost to the Court and to litigants, it is this day, by the Circuit Court for Montgomery County, Maryland,

**ORDERED**, that the parties and trial counsel shall appear in court for a Pretrial Hearing. No further notice will be given of this date. Unrepresented parties and/or trial counsel shall meet at least two weeks prior to the hearing date to prepare a written joint pre-trial statement and endeavor to settle the case. If the parties cannot agree to the meeting place or date, it shall be two weeks before the hearing date at 9:00 a.m. in the lobby of the Court House. The joint pre-trial statement shall be signed by all parties and their attorneys and shall be filed with the court at least seventeen days before the Pretrial Hearing and shall contain the following:

1. <u>Nature of the Case</u>: A brief, non-argumentative statement suitable for reading to a jury.

2. <u>Claims and/or Defenses</u>: Each party to set forth a concise statement of all claims and defenses which that party is submitting for trial.

3. <u>Undisputed Issues and Facts</u>: List all issues not in dispute and set forth stipulated facts.

4. <u>Disputed Issues</u>: List each disputed issue and the principal contentions of all parties respecting each.

5. <u>Relief Sought</u>: Specify nature and amount of each item of damage claimed or description of equitable relief sought by each party.

6. <u>Citations</u>: List any cases or statutes which need to be called to the Court's attention.

7. <u>Pending Motions</u>: List title, movant, and filing date of pending motions.

8. <u>Witnesses</u>: Name, address, and telephone number of each person who may be called to testify. As to experts, list matters about which each expert will testify. No party may call at trial any witness omitted from that party's pre-trial statement, except for impeachment or rebuttal purposes.

9. <u>Exhibits</u>: Attach a listing of the exhibits to be offered in evidence by each party at the trial, other than those expected to be used solely for impeachment, indicating which exhibits the parties agree may be offered in evidence without the usual authentication. Complete list of exhibits identifying by exhibit number each document that may be offered at trial. (Stickers to be attached to each exhibit are available in Clerk's office.) Any objections to another party's exhibits should be stated.

10. <u>Deposition Testimony</u>: Designation by page and line of deposition testimony to be offered as substantive evidence, not impeachment.

Entered: Clerk, Circuit Court for
Montgomery County, MD
July 23, 2024  7/23/2024 4:00 PM

K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.    Case Number: C-15-CV-24-003836
Case 8:24-cv-02770-TDC    Document 1-1    Filed 09/26/24    Page 62 of 80
Other Reference Number(s):

11. <u>Pleadings and Discovery Responses</u>: Designation by page and paragraph of any pleading or discovery response to be offered as substantive evidence, not impeachment.

12. <u>Demonstrative or Physical Evidence</u>: Describe any items of non-testimonial, non-documentary evidence - - models, samples, objects, etc. – to be utilized at trial.

13. <u>Videotapes</u>: Identify any videotapes to be shown to the jury and authority for doing so.

14. <u>Requested Jury Selection Questions</u>: Identify those agreed upon and include any objections made by either side.

15. <u>Pattern Jury Instructions</u>: Identify those agreed upon and those not agreed upon. Designate the source of the instruction.

16. <u>Non-Pattern Jury Instructions</u>: Supply complete text of each instruction, with authorities, on a separate page.

17. <u>Verdict Sheet (if requested)</u>: Text of verdict sheet, including any special interrogatories, to be submitted to the jury.

18. <u>Settlement</u>: Minimum demand; Maximum offer.

19. <u>Estimated Length of Trial</u>: _____ days.

and it is further

**ORDERED**, that counsel and unrepresented parties shall file the Joint Pretrial Statement no later than seventeen days (**DEADLINE: April 18, 2025**) before the Pretrial Hearing; and it is further,

**ORDERED**, for cases that have not reached a settlement by the Pretrial Hearing date, that the parties and their counsel and representatives with the authority to settle shall participate in good faith in any Settlement Conference, that may be set at the Pretrial.

_____7/23/2024_____        _____
              Date                            Administrative Judge

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

\* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

Entered: Clerk, Circuit Court for
Montgomery County, MD
July 23, 2024



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** K.R. LACEY
5257 BUCKETSTOWN PIKE
FREDERICK MD 21704

|  |  |
|---|---|
| **Case Number:** | **C-15-CV-24-003836** |
| **Other Reference Number(s):** | |

## K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.

Date: 7/23/2024

## SCHEDULING NOTICE AND ORDER OF COURT - Civil Track 3
### COMPLAINT FILED ON 07/22/2024

It is by the Circuit Court for Montgomery County, Maryland, **ORDERED** as follows:

1.) Proof of Service. Within sixty-five (65) days of the filing of the Complaint, Plaintiff must file proof of service of the following on each of the Defendants: copies of the Summons, the Complaint, this Scheduling Notice and Order of Court, Order for Mandatory Settlement Conference/Pretrial Hearing, and the Scheduling Order.

   a.) As to any Defendant for whom such proof of service has not been filed, the Court will consider dismissing the Complaint without prejudice pursuant to Rule 2-507.
   b.) As to any Defendant not timely served, the Court may sever the case against that party.
   c.) **A motion for alternative service as to any unserved Defendant may not be filed after the 121st day after filing of the complaint: DEADLINE: November 19, 2024**
   d.) **Defendants who are not served by the 121st day after filing of the complaint are subject to dismissal under Rule 2-507.**
   e.) As to any Defendant served with the Summons and Complaint, the Defendant must file the Defendant's Civil Information Form with the initial pleading and mail a copy to Plaintiff.
   f.) **FAILURE TO SERVE A PARTY WILL NOT RESULT IN MODIFICATION OF THE DEADLINES OR REISSUANCE OF THE SCHEDULING ORDER.**

2.) Answer or Other Responsive Pleading. Within the time permitted under Maryland Rules, each Defendant must respond to the Complaint by filing an Answer or other responsive pleading. These pleadings must be filed in accordance with Rule 2-321. If no timely response has been filed, the Court, upon request, may enter an Order of Default pursuant to Rule 2-613.

3.) Initial Discovery. No later than ninety (90) days from the filing of the complaint, the parties shall complete sufficient initial discovery to enable them to make decisions regarding (a) settlement, (b) consideration of available and appropriate forms of alternative dispute resolution, (c) limitation of issues, (d) stipulations, (e) any issues relating to preserving discoverable information, (f) any issues relating to discovery of electronically stored information, including the form in which it is to be produced, (g) any issues relating to claims of privilege or of protection, and (h) other matters that may be considered at the hearing, including:

   a) **Initial Disclosure of the Plaintiff's Experts to occur no later than deadline provided on the Scheduling Order:** The deadline for the disclosure of Plaintiff's experts is approximately ninety (90) days from the date of filing. Given the early stage of discovery, while disclosure of the area of expertise is expected, some flexibility will be applied as to the specific opinion of the expert. The obligation to supplement the information provided by this deadline continues and must be provided without delay as soon as it is known to the Plaintiff, but no later than one hundred twenty (120) days from the filing of the complaint, without leave of the Court. This includes any substance of the findings and opinions, grounds for each opinion on which the expert is expected to testify, as well as copies of all reports received from each expert witness. Under no

Entered: Clerk, Circuit Court for
Montgomery County, MD
July 23, 2024

7/23/2024 4:00 PM

**K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.**          **Case Number: C-15-CV-24-003836**
                                                                                                **Other Reference Number(s):**

circumstances may this information be withheld.

4.) <u>Discovery of Electronic Information</u>.  Further, with regard to the discovery of electronic information, the Parties shall confer in person or by telephone and attempt to reach agreement, or narrow the areas of disagreement, as to the preservation of electronic information, if any, and the necessity and manner conducting discovery regarding electronic information, and the parties should address the following:

   a) Identification and retention of discoverable electronic information and what, if any, initial discovery and any party requests in order to identify discoverable electronic information;
   b) Exchange of discoverable information in electronic format where appropriate, including:
      i) The format of production, i.e., PDF, TIFF or JPEG file or native formats such as Microsoft Word, Word Perfect, etc., and the storage media on which the information shall be exchanged; and
      ii) Whether separate indices will be exchanged and whether the documents and information exchanged will be electronically numbered.
   c) Whether the parties agree as to the apportionment of costs for production of electronic information that is not maintained on a party's active computers, computer servers or databases;
   d) The manner of handling inadvertent production of privileged materials; and
   e) Whether the parties agree to refer electronic discovery disputes to a Special Magistrate for resolution.

The parties shall reduce all areas of agreement, including any agreements regarding inadvertent disclosure of privileged materials, to a stipulated order to be presented to the court.

5.) <u>Attorneys' Fees</u>.  If a party intends to assert a "substantial claim" for attorneys' fees, counsel shall provide a written statement to the Court, setting forth whether the claim is pursuant to law, statute or contract, identifying the legal theory, statute or contract provision, and whether the claim is triable by jury.  The Court will determine whether to require enhanced documentation, quarterly statements, or other procedures permitted by Maryland Rules.  If triable by jury, the Court will determine the necessity of a separate discovery schedule, to include, if appropriate, the designation of experts relating to this issue.  (See Rules 2-703, 2-704, and 2-705.)

6.) <u>Mediation</u>. PLEASE BE ADVISED THAT THE COURT WILL ORDER MEDIATION IN THE ABOVE-CAPTIONED CASE.  PLEASE DISCUSS ADR/MEDIATION WITH THE OPPOSING PARTY (OR COUNSEL, IF APPLICABLE).  Parties choosing a mediator must pay the rate agreed upon by the parties and the mediator.  Where the court designates a mediator, pursuant to Rule 17-208, the parties will pay the hourly rate established by the court.  Counsel/parties may object to participating in mediation in accordance with Maryland Rule 17-202(f) within thirty (30) days after entry of the order, may file (A) an object to the referral, (B) an alternative proposal, or (C) a "Request to Substitute ADR Practitioner" substantially in the form set forth in Rule 17-202(g).

_____          _____
       7/23/2024                           
          Date                     Administrative Judge

\* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

Entered: Clerk, Circuit Court for
Montgomery County, MD
July 23, 2024

**MOCC-V-003 (Rev. 06/2024)**          **Page 2 of 2**          7/23/2024 4:00 PM

Case 8:24-cv-02770-TDC Document 1 Filed 09/26/24 Page 65 of 80



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** K.R. LACEY
5257 BUCKEYSTOWN PIKE
FREDERICK MD 21704

**Case Number:** C-15-CV-24-003836
**Other Reference Number(s):**

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Date: 7/23/2024

## SCHEDULING NOTICE AND ORDER OF COURT - Civil Track 3
### COMPLAINT FILED ON 07/22/2024

It is by the Circuit Court for Montgomery County, Maryland, **ORDERED** as follows:

1.) <u>Proof of Service.</u> Within sixty-five (65) days of the filing of the Complaint, Plaintiff must file proof of service of the following on each of the Defendants: copies of the Summons, the Complaint, this Scheduling Notice and Order of Court, Order for Mandatory Settlement Conference/Pretrial Hearing, and the Scheduling Order.

    a.) As to any Defendant for whom such proof of service has not been filed, the Court will consider dismissing the Complaint without prejudice pursuant to Rule 2-507.
    b.) As to any Defendant not timely served, the Court may sever the case against that party.
    c.) **A motion for alternative service as to any unserved Defendant may not be filed after the 121st day after filing of the complaint: DEADLINE: November 19, 2024**
    d.) **Defendants who are not served by the 121st day after filing of the complaint are subject to dismissal under Rule 2-507.**
    e.) As to any Defendant served with the Summons and Complaint, the Defendant must file the Defendant's Civil Information Form with the initial pleading and mail a copy to Plaintiff.
    f.) <u>**FAILURE TO SERVE A PARTY WILL NOT RESULT IN MODIFICATION OF THE DEADLINES OR REISSUANCE OF THE SCHEDULING ORDER.**</u>

2.) <u>Answer or Other Responsive Pleading.</u> Within the time permitted under Maryland Rules, each Defendant must respond to the Complaint by filing an Answer or other responsive pleading. These pleadings must be filed in accordance with Rule 2-321. If no timely response has been filed, the Court, upon request, may enter an Order of Default pursuant to Rule 2-613.

3.) <u>Initial Discovery.</u> No later than ninety (90) days from the filing of the complaint, the parties shall complete sufficient initial discovery to enable them to make decisions regarding (a) settlement, (b) consideration of available and appropriate forms of alternative dispute resolution, (c) limitation of issues, (d) stipulations, (e) any issues relating to preserving discoverable information, (f) any issues relating to discovery of electronically stored information, including the form in which it is to be produced, (g) any issues relating to claims of privilege or of protection, and (h) other matters that may be considered at the hearing, including:

    a) **Initial Disclosure of the Plaintiff's Experts to occur no later than deadline provided on the Scheduling Order:** The deadline for the disclosure of Plaintiff's experts is approximately ninety (90) days from the date of filing. Given the early stage of discovery, while disclosure of the area of expertise is expected, some flexibility will be applied as to the specific opinion of the expert. The obligation to supplement the information provided by this deadline continues and must be provided without delay as soon as it is known to the Plaintiff, but no later than one hundred twenty (120) days from the filing of the complaint, without leave of the Court. This includes any substance of the findings and opinions, grounds for each opinion on which the expert is expected to testify, as well as copies of all reports received from each expert witness. Under no

MOCC-V-003 (Rev. 06/2024)                   **Page 1 of 2**   Entered: Clerk, Circuit Court for 7/23/2024 4:00 PM
Montgomery County, MD
July 23, 2024

K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.

Case 8:24-cv-02770-TDC    Document 1-1    Filed 09/26/24    Page 66 of 80

Case Number: C-15-CV-24-003836
Other Reference Number(s):

circumstances may this information be withheld.

4.) <u>Discovery of Electronic Information</u>.  Further, with regard to the discovery of electronic information, the Parties shall confer in person or by telephone and attempt to reach agreement, or narrow the areas of disagreement, as to the preservation of electronic information, if any, and the necessity and manner conducting discovery regarding electronic information, and the parties should address the following:

   a)   Identification and retention of discoverable electronic information and what, if any, initial discovery and any party requests in order to identify discoverable electronic information;

   b)   Exchange of discoverable information in electronic format where appropriate, including:
      i)   The format of production, i.e., PDF, TIFF or JPEG file or native formats such as Microsoft Word, Word Perfect, etc., and the storage media on which the information shall be exchanged; and
      ii)   Whether separate indices will be exchanged and whether the documents and information exchanged will be electronically numbered.

   c)   Whether the parties agree as to the apportionment of costs for production of electronic information that is not maintained on a party's active computers, computer servers or databases;

   d)   The manner of handling inadvertent production of privileged materials; and

   e)   Whether the parties agree to refer electronic discovery disputes to a Special Magistrate for resolution.

The parties shall reduce all areas of agreement, including any agreements regarding inadvertent disclosure of privileged materials, to a stipulated order to be presented to the court.

5.) <u>Attorneys' Fees</u>.  If a party intends to assert a "substantial claim" for attorneys' fees, counsel shall provide a written statement to the Court, setting forth whether the claim is pursuant to law, statute or contract, identifying the legal theory, statute or contract provision, and whether the claim is triable by jury.  The Court will determine whether to require enhanced documentation, quarterly statements, or other procedures permitted by Maryland Rules.  If triable by jury, the Court will determine the necessity of a separate discovery schedule, to include, if appropriate, the designation of experts relating to this issue. (See Rules 2-703, 2-704, and 2-705.)

6.) <u>Mediation</u>. PLEASE BE ADVISED THAT THE COURT WILL ORDER MEDIATION IN THE ABOVE-CAPTIONED CASE.  PLEASE DISCUSS ADR/MEDIATION WITH THE OPPOSING PARTY (OR COUNSEL, IF APPLICABLE).  Parties choosing a mediator must pay the rate agreed upon by the parties and the mediator.  Where the court designates a mediator, pursuant to Rule 17-208, the parties will pay the hourly rate established by the court.  Counsel/parties may object to participating in mediation in accordance with Maryland Rule 17-202(f) within thirty (30) days after entry of the order, may file (A) an object to the referral, (B) an alternative proposal, or (C) a "Request to Substitute ADR Practitioner" substantially in the form set forth in Rule 17-202(g).

_____
7/23/2024
Date

_____
Administrative Judge

* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland  20850

**To:**  EURO MOTORCARS GERMANTOWN LLC
19750 GERMANTOWN ROAD
GERMANTOWN MD  20878

|  |  |
|---|---|
| **Case Number:** | **C-15-CV-24-003836** |
| **Other Reference Number(s):** |  |

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Date: 7/23/2024

## SCHEDULING NOTICE AND ORDER OF COURT - Civil Track 3
### COMPLAINT FILED ON 07/22/2024

It is by the Circuit Court for Montgomery County, Maryland, **ORDERED** as follows:

1.) <u>Proof of Service</u>.  Within sixty-five (65) days of the filing of the Complaint, Plaintiff must file proof of service of the following on each of the Defendants: copies of the Summons, the Complaint, this Scheduling Notice and Order of Court, Order for Mandatory Settlement Conference/Pretrial Hearing, and the Scheduling Order.

    a.) As to any Defendant for whom such proof of service has not been filed, the Court will consider dismissing the Complaint without prejudice pursuant to Rule 2-507.

    b.) As to any Defendant not timely served, the Court may sever the case against that party.

    c.) **A motion for alternative service as to any unserved Defendant may not be filed after the 121st day after filing of the complaint:  DEADLINE: November 19, 2024**

    d.) **Defendants who are not served by the 121st day after filing of the complaint are subject to dismissal under Rule 2-507.**

    e.) As to any Defendant served with the Summons and Complaint, the Defendant must file the Defendant's Civil Information Form with the initial pleading and mail a copy to Plaintiff.

    f.) <u>**FAILURE TO SERVE A PARTY WILL NOT RESULT IN MODIFICATION OF THE DEADLINES OR REISSUANCE OF THE SCHEDULING ORDER.**</u>

2.) <u>Answer or Other Responsive Pleading</u>.  Within the time permitted under Maryland Rules, each Defendant must respond to the Complaint by filing an Answer or other responsive pleading.  These pleadings must be filed in accordance with Rule 2-321.  If no timely response has been filed, the Court, upon request, may enter an Order of Default pursuant to Rule 2-613.

3.) <u>Initial Discovery</u>.  No later than ninety (90) days from the filing of the complaint, the parties shall complete sufficient initial discovery to enable them to make decisions regarding (a) settlement, (b) consideration of available and appropriate forms of alternative dispute resolution, (c) limitation of issues, (d) stipulations, (e) any issues relating to preserving discoverable information, (f) any issues relating to discovery of electronically stored information, including the form in which it is to be produced, (g) any issues relating to claims of privilege or of protection, and (h) other matters that may be considered at the hearing, including:

    a) **Initial Disclosure of the Plaintiff's Experts to occur no later than deadline provided on the Scheduling Order:** The deadline for the disclosure of Plaintiff's experts is approximately ninety (90) days from the date of filing.  Given the early stage of discovery, while disclosure of the area of expertise is expected, some flexibility will be applied as to the specific opinion of the expert.  The obligation to supplement the information provided by this deadline continues and must be provided without delay as soon as it is known to the Plaintiff, but no later than one hundred twenty (120) days from the filing of the complaint, without leave of the Court.  This includes any substance of the findings and opinions, grounds for each opinion on which the expert is expected to testify, as well as copies of all reports received from each expert witness.  Under no

MOCC-V-003 (Rev. 06/2024)          **Page 1 of 2**          7/23/2024 4:00 PM

Entered: Clerk, Circuit Court for
Montgomery County, MD
July 23, 2024

**K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.**    Case 8:24-cv-02770-TDC   Document 1-1   Filed 09/26/24   Page 68 of 80   **Case Number: C-15-CV-24-003836**

**Other Reference Number(s):**

circumstances may this information be withheld.

4.) <u>Discovery of Electronic Information</u>.  Further, with regard to the discovery of electronic information, the Parties shall confer in person or by telephone and attempt to reach agreement, or narrow the areas of disagreement, as to the preservation of electronic information, if any, and the necessity and manner conducting discovery regarding electronic information, and the parties should address the following:

   a)   Identification and retention of discoverable electronic information and what, if any, initial discovery and any party requests in order to identify discoverable electronic information;
   b)   Exchange of discoverable information in electronic format where appropriate, including:
      i)   The format of production, i.e., PDF, TIFF or JPEG file or native formats such as Microsoft Word, Word Perfect, etc., and the storage media on which the information shall be exchanged; and
      ii)   Whether separate indices will be exchanged and whether the documents and information exchanged will be electronically numbered.
   c)   Whether the parties agree as to the apportionment of costs for production of electronic information that is not maintained on a party's active computers, computer servers or databases;
   d)   The manner of handling inadvertent production of privileged materials; and
   e)   Whether the parties agree to refer electronic discovery disputes to a Special Magistrate for resolution.

The parties shall reduce all areas of agreement, including any agreements regarding inadvertent disclosure of privileged materials, to a stipulated order to be presented to the court.

5.) <u>Attorneys' Fees</u>.  If a party intends to assert a "substantial claim" for attorneys' fees, counsel shall provide a written statement to the Court, setting forth whether the claim is pursuant to law, statute or contract, identifying the legal theory, statute or contract provision, and whether the claim is triable by jury.  The Court will determine whether to require enhanced documentation, quarterly statements, or other procedures permitted by Maryland Rules.  If triable by jury, the Court will determine the necessity of a separate discovery schedule, to include, if appropriate, the designation of experts relating to this issue.  (See Rules 2-703, 2-704, and 2-705.)

6.) <u>Mediation</u>.  PLEASE BE ADVISED THAT THE COURT WILL ORDER MEDIATION IN THE ABOVE-CAPTIONED CASE.  PLEASE DISCUSS ADR/MEDIATION WITH THE OPPOSING PARTY (OR COUNSEL, IF APPLICABLE).  Parties choosing a mediator must pay the rate agreed upon by the parties and the mediator.  Where the court designates a mediator, pursuant to Rule 17-208, the parties will pay the hourly rate established by the court.  Counsel/parties may object to participating in mediation in accordance with Maryland Rule 17-202(f) within thirty (30) days after entry of the order, may file (A) an object to the referral, (B) an alternative proposal, or (C) a "Request to Substitute ADR Practitioner" substantially in the form set forth in Rule 17-202(g).

| | |
|---|---|
| 7/23/2024 | _(signature)_ |
| Date | Administrative Judge |

\* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

Entered: Clerk, Circuit Court for
Montgomery County, MD
July 23, 2024



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**

50 Maryland Avenue
Rockville, Maryland 20850

**To:**  SCOTT WEBER
19750 GERMANTOWN RD
GERMANTOWN MD 20874

| | |
|---|---|
| **Case Number:** | **C-15-CV-24-003836** |
| **Other Reference Number(s):** | |

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Date: 7/23/2024

## SCHEDULING NOTICE AND ORDER OF COURT - Civil Track 3
## COMPLAINT FILED ON 07/22/2024

It is by the Circuit Court for Montgomery County, Maryland, **ORDERED** as follows:

1.) <u>Proof of Service</u>. Within sixty-five (65) days of the filing of the Complaint, Plaintiff must file proof of service of the following on each of the Defendants: copies of the Summons, the Complaint, this Scheduling Notice and Order of Court, Order for Mandatory Settlement Conference/Pretrial Hearing, and the Scheduling Order.

    a.) As to any Defendant for whom such proof of service has not been filed, the Court will consider dismissing the Complaint without prejudice pursuant to Rule 2-507.

    b.) As to any Defendant not timely served, the Court may sever the case against that party.

    c.) **A motion for alternative service as to any unserved Defendant may not be filed after the 121st day after filing of the complaint:  DEADLINE: November 19, 2024**

    d.) **Defendants who are not served by the 121st day after filing of the complaint are subject to dismissal under Rule 2-507.**

    e.) As to any Defendant served with the Summons and Complaint, the Defendant must file the Defendant's Civil Information Form with the initial pleading and mail a copy to Plaintiff.

    f.) **<u>FAILURE TO SERVE A PARTY WILL NOT RESULT IN MODIFICATION OF THE DEADLINES OR REISSUANCE OF THE SCHEDULING ORDER.</u>**

2.) <u>Answer or Other Responsive Pleading</u>. Within the time permitted under Maryland Rules, each Defendant must respond to the Complaint by filing an Answer or other responsive pleading. These pleadings must be filed in accordance with Rule 2-321. If no timely response has been filed, the Court, upon request, may enter an Order of Default pursuant to Rule 2-613.

3.) <u>Initial Discovery</u>. No later than ninety (90) days from the filing of the complaint, the parties shall complete sufficient initial discovery to enable them to make decisions regarding (a) settlement, (b) consideration of available and appropriate forms of alternative dispute resolution, (c) limitation of issues, (d) stipulations, (e) any issues relating to preserving discoverable information, (f) any issues relating to discovery of electronically stored information, including the form in which it is to be produced, (g) any issues relating to claims of privilege or of protection, and (h) other matters that may be considered at the hearing, including:

    a) **Initial Disclosure of the Plaintiff's Experts to occur no later than deadline provided on the Scheduling Order:** The deadline for the disclosure of Plaintiff's experts is approximately ninety (90) days from the date of filing. Given the early stage of discovery, while disclosure of the area of expertise is expected, some flexibility will be applied as to the specific opinion of the expert. The obligation to supplement the information provided by this deadline continues and must be provided without delay as soon as it is known to the Plaintiff, but no later than one hundred twenty (120) days from the filing of the complaint, without leave of the Court. This includes any substance of the findings and opinions, grounds for each opinion on which the expert is expected to testify, as well as copies of all reports received from each expert witness. Under no

**K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.**    Case 8:24-cv-02770-TDC    Document 1-1    Filed 09/26/24    Page 70 of 80    **Case Number: C-15-CV-24-003836**

**Other Reference Number(s):**

circumstances may this information be withheld.

4.) <u>Discovery of Electronic Information</u>.  Further, with regard to the discovery of electronic information, the Parties shall confer in person or by telephone and attempt to reach agreement, or narrow the areas of disagreement, as to the preservation of electronic information, if any, and the necessity and manner conducting discovery regarding electronic information, and the parties should address the following:

   a)  Identification and retention of discoverable electronic information and what, if any, initial discovery and any party requests in order to identify discoverable electronic information;

   b)  Exchange of discoverable information in electronic format where appropriate, including:

      i)  The format of production, i.e., PDF, TIFF or JPEG file or native formats such as Microsoft Word, Word Perfect, etc., and the storage media on which the information shall be exchanged; and

      ii)  Whether separate indices will be exchanged and whether the documents and information exchanged will be electronically numbered.

   c)  Whether the parties agree as to the apportionment of costs for production of electronic information that is not maintained on a party's active computers, computer servers or databases;

   d)  The manner of handling inadvertent production of privileged materials; and

   e)  Whether the parties agree to refer electronic discovery disputes to a Special Magistrate for resolution.

The parties shall reduce all areas of agreement, including any agreements regarding inadvertent disclosure of privileged materials, to a stipulated order to be presented to the court.

5.) <u>Attorneys' Fees</u>.  If a party intends to assert a "substantial claim" for attorneys' fees, counsel shall provide a written statement to the Court, setting forth whether the claim is pursuant to law, statute or contract, identifying the legal theory, statute or contract provision, and whether the claim is triable by jury.  The Court will determine whether to require enhanced documentation, quarterly statements, or other procedures permitted by Maryland Rules.  If triable by jury, the Court will determine the necessity of a separate discovery schedule, to include, if appropriate, the designation of experts relating to this issue.  (See Rules 2-703, 2-704, and 2-705.)

6.) <u>Mediation</u>.  PLEASE BE ADVISED THAT THE COURT WILL ORDER MEDIATION IN THE ABOVE-CAPTIONED CASE.  PLEASE DISCUSS ADR/MEDIATION WITH THE OPPOSING PARTY (OR COUNSEL, IF APPLICABLE).  Parties choosing a mediator must pay the rate agreed upon by the parties and the mediator.  Where the court designates a mediator, pursuant to Rule 17-208, the parties will pay the hourly rate established by the court.  Counsel/parties may object to participating in mediation in accordance with Maryland Rule 17-202(f) within thirty (30) days after entry of the order, may file (A) an object to the referral, (B) an alternative proposal, or (C) a "Request to Substitute ADR Practitioner" substantially in the form set forth in Rule 17-202(g).

 

| 7/23/2024 | _(signature)_ |
|---|---|
| Date | Administrative Judge |

* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland  20850

**To:**  DIMITRIS PSILLAKIS
1209 ORANGE STREET
WILMINGTON DE  19801

| | |
|---|---|
| **Case Number:** | **C-15-CV-24-003836** |
| **Other Reference Number(s):** | |

**K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.**

Date: 7/23/2024

## SCHEDULING NOTICE AND ORDER OF COURT - Civil Track 3
### COMPLAINT FILED ON 07/22/2024

It is by the Circuit Court for Montgomery County, Maryland, **ORDERED** as follows:

1.) <u>Proof of Service.</u>  Within sixty-five (65) days of the filing of the Complaint, Plaintiff must file proof of service of the following on each of the Defendants: copies of the Summons, the Complaint, this Scheduling Notice and Order of Court, Order for Mandatory Settlement Conference/Pretrial Hearing, and the Scheduling Order.

    a.) As to any Defendant for whom such proof of service has not been filed, the Court will consider dismissing the Complaint without prejudice pursuant to Rule 2-507.

    b.) As to any Defendant not timely served, the Court may sever the case against that party.

    c.) **A motion for alternative service as to any unserved Defendant may not be filed after the 121st day after filing of the complaint:  DEADLINE: November 19, 2024**

    d.) **Defendants who are not served by the 121st day after filing of the complaint are subject to dismissal under Rule 2-507.**

    e.) As to any Defendant served with the Summons and Complaint, the Defendant must file the Defendant's Civil Information Form with the initial pleading and mail a copy to Plaintiff.

    f.) <u>**FAILURE TO SERVE A PARTY WILL NOT RESULT IN MODIFICATION OF THE DEADLINES OR REISSUANCE OF THE SCHEDULING ORDER.**</u>

2.) <u>Answer or Other Responsive Pleading.</u>  Within the time permitted under Maryland Rules, each Defendant must respond to the Complaint by filing an Answer or other responsive pleading.  These pleadings must be filed in accordance with Rule 2-321.  If no timely response has been filed, the Court, upon request, may enter an Order of Default pursuant to Rule 2-613.

3.) <u>Initial Discovery.</u>  No later than ninety (90) days from the filing of the complaint, the parties shall complete sufficient initial discovery to enable them to make decisions regarding (a) settlement, (b) consideration of available and appropriate forms of alternative dispute resolution, (c) limitation of issues, (d) stipulations, (e) any issues relating to preserving discoverable information, (f) any issues relating to discovery of electronically stored information, including the form in which it is to be produced, (g) any issues relating to claims of privilege or of protection, and (h) other matters that may be considered at the hearing, including:

    a) **Initial Disclosure of the Plaintiff's Experts to occur no later than deadline provided on the Scheduling Order:** The deadline for the disclosure of Plaintiff's experts is approximately ninety (90) days from the date of filing.  Given the early stage of discovery, while disclosure of the area of expertise is expected, some flexibility will be applied as to the specific opinion of the expert.  The obligation to supplement the information provided by this deadline continues and must be provided without delay as soon as it is known to the Plaintiff, but no later than one hundred twenty (120) days from the filing of the complaint, without leave of the Court.  This includes any substance of the findings and opinions, grounds for each opinion on which the expert is expected to testify, as well as copies of all reports received from each expert witness.  Under no

| | | |
|---|---|---|
| **MOCC-V-003 (Rev. 06/2024)** | **Page 1 of 2** | Entered: Clerk, Circuit Court for 7/23/2024 4:00 PM<br>Montgomery County, MD<br>July 23, 2024 |

**K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.**                    **Case Number: C-15-CV-24-003836**
                                                                            **Other Reference Number(s):**

circumstances may this information be withheld.

4.) <u>Discovery of Electronic Information</u>.  Further, with regard to the discovery of electronic information, the Parties shall confer in person or by telephone and attempt to reach agreement, or narrow the areas of disagreement, as to the preservation of electronic information, if any, and the necessity and manner conducting discovery regarding electronic information, and the parties should address the following:

   a)  Identification and retention of discoverable electronic information and what, if any, initial discovery and any party requests in order to identify discoverable electronic information;
   b)  Exchange of discoverable information in electronic format where appropriate, including:
       i)   The format of production, i.e., PDF, TIFF or JPEG file or native formats such as Microsoft Word, Word Perfect, etc., and the storage media on which the information shall be exchanged; and
       ii)  Whether separate indices will be exchanged and whether the documents and information exchanged will be electronically numbered.
   c)  Whether the parties agree as to the apportionment of costs for production of electronic information that is not maintained on a party's active computers, computer servers or databases;
   d)  The manner of handling inadvertent production of privileged materials; and
   e)  Whether the parties agree to refer electronic discovery disputes to a Special Magistrate for resolution.

The parties shall reduce all areas of agreement, including any agreements regarding inadvertent disclosure of privileged materials, to a stipulated order to be presented to the court.

5.) <u>Attorneys' Fees</u>.  If a party intends to assert a "substantial claim" for attorneys' fees, counsel shall provide a written statement to the Court, setting forth whether the claim is pursuant to law, statute or contract, identifying the legal theory, statute or contract provision, and whether the claim is triable by jury.  The Court will determine whether to require enhanced documentation, quarterly statements, or other procedures permitted by Maryland Rules.  If triable by jury, the Court will determine the necessity of a separate discovery schedule, to include, if appropriate, the designation of experts relating to this issue.  (See Rules 2-703, 2-704, and 2-705.)

6.) <u>Mediation</u>.  PLEASE BE ADVISED THAT THE COURT WILL ORDER MEDIATION IN THE ABOVE-CAPTIONED CASE.  PLEASE DISCUSS ADR/MEDIATION WITH THE OPPOSING PARTY (OR COUNSEL, IF APPLICABLE).  Parties choosing a mediator must pay the rate agreed upon by the parties and the mediator.  Where the court designates a mediator, pursuant to Rule 17-208, the parties will pay the hourly rate established by the court.  Counsel/parties may object to participating in mediation in accordance with Maryland Rule 17-202(f) within thirty (30) days after entry of the order, may file (A) an object to the referral, (B) an alternative proposal, or (C) a "Request to Substitute ADR Practitioner" substantially in the form set forth in Rule 17-202(g).

|  |  |
|---|---|
| 7/23/2024 | |
| Date | Administrative Judge |

* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

Entered: Clerk, Circuit Court for
Montgomery County, MD
July 23, 2024



**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue
Rockville, Maryland 20850

**To:** MERCEDES-BENZ USA LLC
1209 ORANGE STREET
WILMINGTON DE 19801

**Case Number:**  C-15-CV-24-003836
**Other Reference Number(s):**

## K.R. LACEY, ET AL. VS. MERCEDES-BENZ USA LLC, ET AL.

Date: 7/23/2024

## SCHEDULING NOTICE AND ORDER OF COURT - Civil Track 3
### COMPLAINT FILED ON 07/22/2024

It is by the Circuit Court for Montgomery County, Maryland, **ORDERED** as follows:

1.) <u>Proof of Service</u>. Within sixty-five (65) days of the filing of the Complaint, Plaintiff must file proof of service of the following on each of the Defendants: copies of the Summons, the Complaint, this Scheduling Notice and Order of Court, Order for Mandatory Settlement Conference/Pretrial Hearing, and the Scheduling Order.

    a.) As to any Defendant for whom such proof of service has not been filed, the Court will consider dismissing the Complaint without prejudice pursuant to Rule 2-507.

    b.) As to any Defendant not timely served, the Court may sever the case against that party.

    c.) **A motion for alternative service as to any unserved Defendant may not be filed after the 121ˢᵗ day after filing of the complaint:  DEADLINE: November 19, 2024**

    d.) **Defendants who are not served by the 121ˢᵗ day after filing of the complaint are subject to dismissal under Rule 2-507.**

    e.) As to any Defendant served with the Summons and Complaint, the Defendant must file the Defendant's Civil Information Form with the initial pleading and mail a copy to Plaintiff.

    f.) <u>**FAILURE TO SERVE A PARTY WILL NOT RESULT IN MODIFICATION OF THE DEADLINES OR REISSUANCE OF THE SCHEDULING ORDER.**</u>

2.) <u>Answer or Other Responsive Pleading</u>. Within the time permitted under Maryland Rules, each Defendant must respond to the Complaint by filing an Answer or other responsive pleading. These pleadings must be filed in accordance with Rule 2-321. If no timely response has been filed, the Court, upon request, may enter an Order of Default pursuant to Rule 2-613.

3.) <u>Initial Discovery</u>. No later than ninety (90) days from the filing of the complaint, the parties shall complete sufficient initial discovery to enable them to make decisions regarding (a) settlement, (b) consideration of available and appropriate forms of alternative dispute resolution, (c) limitation of issues, (d) stipulations, (e) any issues relating to preserving discoverable information, (f) any issues relating to discovery of electronically stored information, including the form in which it is to be produced, (g) any issues relating to claims of privilege or of protection, and (h) other matters that may be considered at the hearing, including:

    a) **Initial Disclosure of the Plaintiff's Experts to occur no later than deadline provided on the Scheduling Order:** The deadline for the disclosure of Plaintiff's experts is approximately ninety (90) days from the date of filing. Given the early stage of discovery, while disclosure of the area of expertise is expected, some flexibility will be applied as to the specific opinion of the expert. The obligation to supplement the information provided by this deadline continues and must be provided without delay as soon as it is known to the Plaintiff, but no later than one hundred twenty (120) days from the filing of the complaint, without leave of the Court. This includes any substance of the findings and opinions, grounds for each opinion on which the expert is expected to testify, as well as copies of all reports received from each expert witness. Under no

MOCC-V-003 (Rev. 06/2024)                **Page 1 of 2**

**K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.**

**Case Number: C-15-CV-24-003836**
**Other Reference Number(s):**

circumstances may this information be withheld.

4.) <u>Discovery of Electronic Information</u>.  Further, with regard to the discovery of electronic information, the Parties shall confer in person or by telephone and attempt to reach agreement, or narrow the areas of disagreement, as to the preservation of electronic information, if any, and the necessity and manner conducting discovery regarding electronic information, and the parties should address the following:

    a)  Identification and retention of discoverable electronic information and what, if any, initial discovery and any party requests in order to identify discoverable electronic information;

    b)  Exchange of discoverable information in electronic format where appropriate, including:

        i)  The format of production, i.e., PDF, TIFF or JPEG file or native formats such as Microsoft Word, Word Perfect, etc., and the storage media on which the information shall be exchanged; and

        ii)  Whether separate indices will be exchanged and whether the documents and information exchanged will be electronically numbered.

    c)  Whether the parties agree as to the apportionment of costs for production of electronic information that is not maintained on a party's active computers, computer servers or databases;

    d)  The manner of handling inadvertent production of privileged materials; and

    e)  Whether the parties agree to refer electronic discovery disputes to a Special Magistrate for resolution.

The parties shall reduce all areas of agreement, including any agreements regarding inadvertent disclosure of privileged materials, to a stipulated order to be presented to the court.

5.) <u>Attorneys' Fees</u>.  If a party intends to assert a "substantial claim" for attorneys' fees, counsel shall provide a written statement to the Court, setting forth whether the claim is pursuant to law, statute or contract, identifying the legal theory, statute or contract provision, and whether the claim is triable by jury.  The Court will determine whether to require enhanced documentation, quarterly statements, or other procedures permitted by Maryland Rules.  If triable by jury, the Court will determine the necessity of a separate discovery schedule, to include, if appropriate, the designation of experts relating to this issue.  (See Rules 2-703, 2-704, and 2-705.)

6.) <u>Mediation</u>.  PLEASE BE ADVISED THAT THE COURT WILL ORDER MEDIATION IN THE ABOVE-CAPTIONED CASE.  PLEASE DISCUSS ADR/MEDIATION WITH THE OPPOSING PARTY (OR COUNSEL, IF APPLICABLE).  Parties choosing a mediator must pay the rate agreed upon by the parties and the mediator.  Where the court designates a mediator, pursuant to Rule 17-208, the parties will pay the hourly rate established by the court.  Counsel/parties may object to participating in mediation in accordance with Maryland Rule 17-202(f) within thirty (30) days after entry of the order, may file (A) an object to the referral, (B) an alternative proposal, or (C) a "Request to Substitute ADR Practitioner" substantially in the form set forth in Rule 17-202(g).

_____
7/23/2024
Date

_____
Administrative Judge

\* IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL SHALL NOTIFY THE COURT AT (240) 777-9035 OR (240) 777-9106. QUESTIONS? Please see the Court's GUIDE TO DCM ORDERS and https://montgomerycountymd.gov/cct/departments/dcm.html.

Entered: Clerk, Circuit Court for Montgomery County, MD
July 23, 2024

*In The Circuit Court for Montgomery County*

Karen A Bushel
Clerk of the Circuit Court
Circuit Court For
Montgomery County Maryland
50 Maryland Avenue
Rockville, Maryland 20850

K. R. Lacey
5257 Buckeystown Pike
Frederick, Maryland 21704
Email: OXE1@mail.com

RE: Line Filing Class action Complaint K.R. Lacey v. Mercedes-Benz USA LLC
**Case Number** C-15-CV-24-003836

Ms. Bushell,

Please be advised that I have been contacted by legal counsel for MBUSA, LLC requesting that the above reference matter be dismissed at this time with prejudice on September 17, 2024. The request was made by the company's Corporate Legal Counsel, Attorney Chad Peterson.

**No such request** to have the case dismissed has been made by me as **no settlement resolution could be reached.** *Any document that makes such a request to dismiss the case has been submitted fraudulently to the court.* Please provide any written documentation regarding the status of the case at this time. I do appreciate your consideration and prompt attention to my request.

Thank you

K.R. Lacey
September 16, 2024

**FILED**

SEP 19 2024

Clerk of the Circuit Court
Montgomery County, Md.

MARYLAND CIRCUIT COURT FOR _Rockville/Montgomery_, MARYLAND

Located at _50 Maryland Ave_    City/County    Case No. _C-15-CV 24008836_
Court Address

Plaintiff _K. R. Lacey_    vs.    Defendant _Mercedes-Benz USA-LLC_

Address _5257 Buckeystown Pike_    Address _One Mercedes Benz Dr_

City, State, Zip _Frederick MD_ / _301-788-0010_    City, State/Zip _Sandy Spring Ga_ / _470-656-8079_
_21704_    Telephone    _30328-4312_    Telephone

## CERTIFICATE OF SERVICE

I certify that on this ___18___ day of ___Sept___, ___2024___, a copy of the
                                    Month              Year
document(s) titled _Line Filing Failed Settlement Resolution_
                                    Title(s) of document(s)

was/were ☐ mailed, postage prepaid ☐ hand delivered, to:

_Chad A. Peterson_                    _One Mercedes Benz Dr._
          Name                                          Address
                                      _Sandy Spring Ga. 30328_
                                          City, State, Zip
          Name                                          Address

_Sept 18, 2024_                       City, State, Zip
          Date                        Signature of Party Serving

CC-DR-058 (Rev. 06/2019)

# Maryland Judiciary Case Search

**NOTICE: Available**

## Case Detail

## Case Information

Court System: **Circuit Court For Montgomery County - Civil**
Location:          **Montgomery Circuit Court**
Case Number: **C-15-CV-24-003836**
Title:              **K.R. Lacey, et al. vs. Mercedes-Benz USA LLC, et al.**
Case Type:     **Tort - Other**
Filing Date:    **07/22/2024**
Case Status:   **Open**

## Involved Parties Information

### Plaintiff

Name: **Lacey, K.R.**

Address: **5257 Buckeystown Pike**
City:          **FREDERICK**   State:   **MD**   Zip Code:   **21704**

### Defendant

Name: **Euro Motorcars Germantown LLC**

Address: **19750 Germantown Road**
City:          **GERMANTOWN**   State:  **MD**   Zip Code:   **20878**

### Defendant

Name: **Psillakis, Dimitris**

Address: **1209 Orange Street**
City:          **WILMINGTON**   State:   **DE**   Zip Code:   **19801**

### Plaintiff

Name: **LACEY, K.R.**

Address: **5257 Buckeystown Pike**

City:       **FREDERICK**   State:   **MD**   Zip Code:   **21704**

## Aliases

Business : **all others similarly situated**

---

## Defendant

Name: **Weber, Scott**

Address: **19750 Germantown rd**

City:       **GERMANTOWN**   State:   **MD**   Zip Code:   **20874**

---

## Defendant

Name: **Mercedes-Benz USA LLC**

Address: **1209 Orange Street**

City:       **WILMINGTON**   State:   **DE**   Zip Code:   **19801**

---

# Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court Location | Court Room | Result |
|---|---|---|---|---|---|---|
| Conference - Pre-Trial | 05/08/2025 | 13:30:00 | Bonifant, James A | Civil | Courtroom 3E - North Tower | |

# Document Information

File Date:          **07/22/2024**

Document Name: **Complaint / Petition**

Comment:

---

File Date:          **07/22/2024**

Document Name: **Case Information Report Filed**

Comment:

---

File Date:          **07/23/2024**

Document Name: **Notice of New Case Number Assigned in Circuit Court**

Comment:

---

File Date:          **07/23/2024**

Document Name: **Summons Issued (Service Event) - New Case**

Comment:

---

File Date: **07/23/2024**
Document Name: **Scheduling Order**
Comment: **track 3**

---

File Date: **07/23/2024**
Document Name: **Order - Mandatory Settlement Conference/Pretrial Hearing**
Comment: **track 3**

---

File Date: **07/23/2024**
Document Name: **Notice of Scheduling Hearing and Order of Court**
Comment: **track 3**

---

File Date: **09/03/2024**
Document Name: **Sheriffs Return**
Comment: **ON WRIT OF SUMMONS:SERVED AS TO EURO MOTORCARS GERMANTOWN, LLC W/S/O TIM P. WALKER ON 08/27/2024**

---

File Date: **09/06/2024**
Document Name: **Sheriffs Return**
Comment: **of Summons Served on Rebecca Gott on behalf of Mercedes Benz USA LLC on 8/29/24**

---

File Date: **09/10/2024**
Document Name: **Sheriffs Return**
Comment: **- ON SUMMONS: SERVED AS TO SCOTT WEBER ON 09/03/2024**

---

File Date: **09/19/2024**
Document Name: **Correspondence**
Comment: **- TO CLERK OF COURT**

---

# Service Information

| Service Type | Issued Date |
|---|---|
| **Summons Issued** | **07/23/2024** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2024. Maryland Judiciary. All rights reserved.

Maryland Judiciary Case Search

Case 8:24-cv-02770-TDC    Document 1-1    Filed 09/26/24    Page 80 of 80

Service Desk: (410) 260-1114