**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| K.R. LACEY, individually and on behalf of all others similarly situated<br><br>        Plaintiff,<br><br>    v.<br><br>MERCEDES-BENZ USA, LLC and EURO MOTORCARS GERMANTOWN, LLC<br><br>        Defendants. | Case No. 8:24-cv-02770-TDC |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, K.R. LACEY, and defendants, MERCEDES-BENZ USA, LLC and EURO MOTORCARS GERMANTOWN, LLC, having achieved settlement and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby file this joint stipulation dismissing this action with prejudice.

Respectfully submitted this 23rd day of February 2026, by:

| | |
|---|---|
| */s/ K.R. Lacey*<br>K.R. Lacey<br>5257 Buckeystown Pike<br>Frederick, Maryland 21704<br>D: +1 301-788-0010<br>Deltag1@gmail.com<br><br>*Plaintiff (pro se)* | /s/*Patrick Hogan*<br>Patrick Hogan<br>Federal Bar No. 21872<br>Md. Bar No. 1612130271<br>Roland Hartung (*pro hac vice*)<br>Winston & Strawn LLP<br>1901 L Street, N.W.<br>Washington, D.C. 20036<br>D: +1 202-282-5754<br>F: +1 202-282-5100<br>phogan@winston.com<br>rhartung@winston.com<br><br>*Counsel for Defendants*<br>*Mercedes-Benz USA, LLC,*<br>*and Euro Motorcars Germantown, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 23, 2026, a copy of the Joint Stipulation of Dismissal with Prejudice, was filed with the Court's CM/ECF system, which will send notice of electronic filing to all registered parties.

*/s/Patrick Hogan*
Patrick Hogan